# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, and JASON ROSE, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET, INC., a Texas corporation,<br><br>Defendant. | Case No. 8:22-CV-01562<br><br>**CLRA VENUE DECLARATION OF PAIGE M. TOMASELLI PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)** |

I, Paige M. Tomaselli, declare as follows:

1. I am a partner with the law firm Grime Law and counsel for Plaintiffs in this action. I am admitted to practice in California and before this Court and am a member in good standing of the State Bar of California.

2. This declaration is made pursuant to California Civil Code section 1780(d). I make this declaration based on my research of public records and upon personal knowledge and, if called upon to do so, could and would testify competently thereto.

3. The Class Action Complaint has been filed in the proper place for trial of this action.

4. Defendant is authorized to conduct business and regularly conducts business in the State of California.

5. A substantial part of the conduct, representations, and omissions giving rise to the violations of law alleged herein occurred in Orange County.

6. Plaintiff Sara Safari is a resident of Tustin, California.

7. Plaintiff Peymon Khaghani is a resident of Tustin, California.

8. Plaintiff Jason Rose is a resident of Moorpark, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23 day of August 2022 in California.

*Paige M. Tomaselli*
Paige M. Tomaselli

---

1

CLRA VENUE DECLARATION OF PAIGE M. TOMASELLI PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)

EXHIBIT A