1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

SARA SAFARI, PEYMON KHAGHANI, and JASON ROSE, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,

           Plaintiffs,

  v.

WHOLE FOODS MARKET, INC., a Texas corporation,

           Defendant.

Case No. 8:22-CV-01562

**CLRA VENUE DECLARATION OF PEYMON KHAGHANI PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)**

I, Peymon Khaghani, declare as follows:

1. I am a Plaintiff in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could competently I have personal knowledge of the facts stated here, if called upon to do so, could competently testify to them.

3. I submit this declaration in support of the Class Action Complaint, which is based in part on violations of the Consumer Legal Remedies Act, California Civil Code section 1750 *et seq.*

4. The Class Action Complaint has been filed in the proper place for trial of this action.

5. Defendant regularly conducts business in the State of California.

6. A substantial part of the conduct, representations, and omissions giving rise to the violations of law alleged herein occurred in Orange County.

7. I, Plaintiff Peymon Khaghani, am a resident of Tustin, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23 day of August 2022 in California.

*P. Khaghani*
Peymon Khaghani (Aug 23, 2022 19:52 PDT)

Peymon Khaghani

---

1

CLRA VENUE DECLARATION OF PEYMON KHAGHANI PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)