# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, and JASON ROSE, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET, INC., a Texas corporation,<br><br>Defendant. | Case No. 8:22-CV-01562<br><br>**CLRA VENUE DECLARATION OF JASON ROSE PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)** |

I, Jason Rose, declare as follows:

1. I am a Plaintiff in the above-captioned action.

2. I have personal knowledge of the facts stated here, if called upon to do so, could competently testify to them.

3. I submit this declaration in support of the Class Action Complaint, which is based in part on violations of the Consumer Legal Remedies Act, California Civil Code section 1750 *et seq*.

4. The Class Action Complaint has been filed in the proper place for trial of this action.

5. Defendant regularly conducts business in the State of California.

6. A substantial part of the conduct, representations, and omissions giving rise to the violations of law alleged herein occurred in Orange County.

7. I, Plaintiff Jason Rose, am a resident of Moorpark, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23 day of August 2022 in California.



Jason Rose

---

CLRA VENUE DECLARATION OF JASON ROSE PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)