# NOTE: CHANGES MADE BY THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, and JASON ROSE, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>            Plaintiffs,<br><br>      v.<br><br>WHOLE FOODS MARKET, INC., a Texas corporation,<br><br>            Defendant. | Case No. 8:22-cv-01562-JWH-KES<br><br>**ORDER RE STIPULATION REGARDING AMENDED COMPLAINT AND RESPONSE DEADLINES [23]** |

ORDER RE STIPULATION REGARDING AMENDED COMPLAINT AND
RESPONSE DEADLINES
CASE NO. 8:22-cv-01562-JWH

Having considered the parties' Stipulation Regarding Amended Complaint and Response Deadlines, and finding that good cause exists, it is hereby **ORDERED** as follows:

1. Plaintiffs will file an Amended Complaint on or before November 29, 2022.

2. Defendant will respond to the Amended Complaint on or before January 10, 2023.

3. If Defendant responds to Plaintiffs' Amended Complaint with a motion, then Plaintiffs will file any opposition thereto on or before February 9, 2023.

4. Defendant will file any reply on or before February 23, 2023.

5. Defendant shall set the hearing on its motion for March 10, 2023, at 9:00 a.m.

6. Defendant's pending Motion to Dismiss [ECF No. 24] is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: October 29. 2022 _____

THE HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

1

ORDER RE STIPULATION REGARDING AMENDED COMPLAINT AND
RESPONSE DEADLINES
CASE NO. 8:22-cv-01562-JWH