Adam E. Polk (SBN 273000)
Jordan Elias (SBN 228731)
Simon Grille (SBN 294914)
Jordan N. Isern (SBN 343159)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
jisern@girardsharp.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, and JASON ROSE, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET, INC., a Texas corporation,<br><br>Defendant. | Case No. 8:22-cv-01562-JWH-KES<br><br>**NOTICE OF MOTION AND MOTION OF ADAM E. POLK, JORDAN ELIAS, SIMON GRILLE, AND JORDAN N. ISERN TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS**<br><br>Hearing Date: November 18, 2022<br>Time: 9:00 a.m.<br>Courtroom: 9D, 9th Floor<br>Judge: Hon. John W. Holcomb |

MOTION FOR WITHDRAWAL OF COUNSEL
CASE NO. 8:22-cv-01562-JWH

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 18, 2022, at 9:00 a.m., in Courtroom 9D of the above-titled Court, located at 411 W. 4th Street, Santa Ana, California, attorneys Adam E. Polk, Jordan Elias, Simon Grille, and Jordan N. Isern ("Girard Sharp Counsel") will and hereby do move to withdraw as attorneys of record for Plaintiffs. In support of this motion, Girard Sharp Counsel state as follows:

1.     On November 2, 2022, Plaintiffs Jason Rose voluntarily dismissed his claims in this litigation under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. 27).

2.     Mr. Rose was the only Plaintiff in this action who retained Girard Sharp LLP. Hence, Mr. Rose's dismissal leaves the firm without a client in this case. Under this circumstance, the best interests of the remaining Plaintiffs likely will be served by the firm's withdrawal. *See* Cal. R. Prof. Conduct 1.16.

3.     Girard Sharp Counsel have notified all other counsel in this matter of Girard Sharp's intent to withdraw, both orally and in writing, and no party or other counsel opposes this relief. *See* Decl. of Adam E. Polk.

4.     Withdrawal of Girard Sharp Counsel will not prejudice any litigant, burden the administration of justice, or delay progress of the case. Elsner Law & Policy, LLC and Grime Law will continue to represent all remaining Plaintiffs, and the case remains in its incipiency, with the first Court conference set for December 9, 2022. (Dkts. 24, 25.)

5.     In light of the foregoing, Girard Sharp Counsel respectfully ask that the Court approve their request to withdraw as attorneys of record for Plaintiffs.

Respectfully submitted,

Dated: November 2, 2022

/s/ *Adam E. Polk*

Adam E. Polk (SBN 273000)
Jordan Elias (SBN 228731)
Simon Grille (SBN 294914)
Jordan N. Isern (SBN 343159)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
jisern@girardsharp.com

*Attorneys for Plaintiffs*

2

MOTION FOR WITHDRAWAL OF COUNSEL
CASE NO. 8:22-cv-01562-JWH