Adam E. Polk (SBN 273000)
Jordan Elias (SBN 228731)
Simon Grille (SBN 294914)
Jordan Isern (SBN 343159)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
jisern@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET, INC., a Texas corporation,<br><br>Defendant. | Case No. 8:22-cv-01562-JWH-KES<br><br>**DECLARATION OF ADAM E. POLK PURSUANT TO ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL** |

I, Adam E. Polk, declare as follows:

1. I am a partner at Girard Sharp LLP, and I am admitted to appear in the Central District of California.

2. Pursuant to the Order Granting Motion to Withdraw as Plaintiffs' Counsel (Dkt. 37), on December 6, 2022, I sent that Order via email to Gretchen Elsner of Elsner Law & Policy, LLC and Paige Tomaselli of Grime Law LLP, counsel of record for Plaintiffs in this matter. On December 6, 2022, Ms. Elsner and Ms. Tomaselli confirmed receipt of the Order on behalf of Plaintiffs Sara Safari, Peymon Khaghani, and Farm Forward.

3. On December 6, 2022, I also sent the Order via email to Jason Rose, a former Plaintiff in this case who voluntarily dismissed his claims without prejudice. Dkt. 27. On December 7, Mr. Rose confirmed receipt of the Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of December, 2022.

/s/ *Adam E. Polk*
Adam E. Polk

DECLARATION OF ADAM E. POLK PURSUANT TO ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL
CASE NO. 8:22-cv-01562-JWH-KES