BRIAN R. BLACKMAN (SBN 196996)
bblackman@blaxterlaw.com
J.T. WELLS BLAXTER (SBN 190222)
wblaxter@blaxterlaw.com
DAVID P. ADAMS (SBN 312003)
dadams@blaxterlaw.com
BLAXTER | BLACKMAN LLP
601 Montgomery Street, Suite 1110
San Francisco, California 94111
Telephone: (415) 500-7700

Attorneys for defendants WHOLE FOODS MARKET SERVICES, INC.; WHOLE FOODS MARKET CALIFORNIA, INC.; and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>Defendants. | Case No. 8:22-cv-01562-JWH (KESx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>*[Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in support of Motion to Dismiss, and Request for Judicial Notice filed concurrently herewith]*<br><br>Date:   March 10, 2023<br>Time:   9:00 AM<br>Place:  411 West Fourth Street<br>        Courtroom 9D, 9th Floor<br>        Santa Ana, California 92701<br><br>The Honorable John W. Holcomb<br><br>Complaint Filed: August 23, 2022<br>Trial Date:      Not Set |

Case No. 8:22-CV-01562-JWH (KESx)
[PROPOSED] ORDER GRANTING MTN. TO DISMISS FAC

Defendants Whole Foods Market Services, Inc., Whole Foods Market California, Inc. and Mrs. Gooch's Natural Food Markets, Inc. (collectively "Defendants") motion to dismiss Plaintiff Sara Safari, Peymon Khaghani and Farm Forward's (collectively "Plaintiffs") First Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1) and 12(b)(6) was heard on March 10, 2023 at 9:00 a.m. by this Court.  Having considered all papers filed in support of and in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers on file herein, and good cause appearing, the Court finds as follows:

    1.    Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is GRANTED; and

    2.    All claims for relief against Defendants are hereby DISMISSED, without leave to amend.

    IT IS SO ORDERED.

Dated: _____, 2023

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE