BRIAN R. BLACKMAN (SBN 196996)
bblackman@blaxterlaw.com
J.T. WELLS BLAXTER (SBN 190222)
wblaxter@blaxterlaw.com
DAVID P. ADAMS (SBN 312003)
dadams@blaxterlaw.com
BLAXTER | BLACKMAN LLP
601 Montgomery Street, Suite 1110
San Francisco, California 94111
Telephone: (415) 500-7700

Attorneys for defendants WHOLE FOODS MARKET SERVICES, INC.; WHOLE FOODS MARKET CALIFORNIA, INC.; and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>Defendants. | Case No. 8:22-cv-01562-JWH (KESx)<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES**<br><br>The Honorable John W. Holcomb<br><br>Complaint Filed:  August 23, 2022<br>Trial Date:  Not Set |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 7.1-1, the undersigned certifies that the following persons, associations of persons, firms, partnerships, and corporations (including parent corporations) have a pecuniary interest in the outcome of the case: Whole Foods Market Services, Inc., Whole Foods Market California, Inc. and Mrs. Gooch's Natural Food Markets, Inc. are all wholly owned subsidiaries of Whole Foods Market, Inc. ("WFM Inc."). No public entity owns 10% or more of WFM Inc.'s stock. WFM Inc. is an indirect subsidiary of Amazon.com, Inc., which is a public entity.

Dated: January 10, 2022                BLAXTER | BLACKMAN LLP

By  /s/ *Brian R. Blackman*
BRIAN R. BLACKMAN
Attorneys for Defendants WHOLE FOODS MARKET SERVICES, INC.; WHOLE FOODS MARKET CALIFORNIA, INC.; MRS. GOOCH'S NATURAL FOOD MARKETS, INC.