# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>  Plaintiffs,<br><br>  v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC. doing business as Whole Foods Market, a California Corporation,<br><br>  Defendants. | Case No. 8:2022-cv-01562-JWH-KES<br><br>**[PROPOSED] ORDER DENYING MOTION TO DISMISS** |

1   This Matter, having come before the Court on Defendants' Motion to Dismiss
2   Plaintiffs' First Amended Complaint and it appearing, upon argument of counsel and
3   good cause shown, that the Motion should be DENIED.
4       IT IS SO ORDERED.

7   Dated: _____

    THE HONORABLE JOHN W. HOLCOMB
    UNITED STATES DISTRICT JUDGE