Paige M. Tomaselli (SBN 237737)
Dylan D. Grimes (SBN 302981)
**GRIME LAW LLP**
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: (310) 747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

Gretchen Elsner (pro hac vice)
**ELSNER LAW & POLICY, LLC**
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC. doing business as Whole Foods Market, a California Corporation,<br><br>Defendants. | Case No. 8:22-cv-01562-JWH-KES<br><br>**PLAINTIFFS SARA SAFARI, PEYMON KHAGHANI and FARM FORWARD'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date: March 10, 2023<br>Time: 9:00 a.m.<br>Department: 9D, 9th Floor<br>Judge: Hon. John W. Holcomb<br><br>Complaint Filed: August 23, 2022<br>Trial Date: Not Set<br><br>Jury Trial Demanded |

# NOTICE

Plaintiffs provide notice regarding a Central District of California decision in *Henriquez v. ALDI Inc.*, No. 2:22-cv-06060-JLS-JEM, filed February 7, 2023. This decision was filed within two days of Plaintiffs responding on February 9, 2023 to Defendants' Motion to Dismiss (ECF Nos. 46, 48).

The decision is attached as Ex. 1.

DATED: February 27, 2023     Respectfully submitted,

/s/ *Paige M. Tomaselli*
Paige M. Tomaselli (SBN 237737)
Dylan D. Grimes (SBN 302981)
**GRIME LAW LLP**
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: (310) 747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

/s/ *Gretchen Elsner*
Gretchen Elsner (pro hac vice)
**ELSNER LAW & POLICY, LLC**
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

*Attorneys for Plaintiffs*