BRIAN R. BLACKMAN (SBN 196996)
bblackman@blaxterlaw.com
J.T. WELLS BLAXTER (SBN 190222)
wblaxter@blaxterlaw.com
DAVID P. ADAMS (SBN 312003)
dadams@blaxterlaw.com
BLAXTER | BLACKMAN LLP
601 Montgomery Street, Suite 1110
San Francisco, California 94111
Telephone: (415) 500-7700

Attorneys for defendants WHOLE FOODS MARKET SERVICES, INC.; WHOLE FOODS MARKET CALIFORNIA, INC.; and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>Defendants. | Case No. 8:22-CV-01562-JWH-KES<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (L.R. 7-1)**<br><br>The Honorable John W. Holcomb |

1  Defendants Whole Foods Market Services, Inc., Whole Foods Market California, Inc. and Mrs. Gooch's Natural Food Markets, Inc. (collectively "Defendants") and plaintiffs Sara Safari, Peymon Khaghani and Farm Forward (collectively "Plaintiffs"), by and through their counsel of record, stipulate and agree to continue the March 10, 2023 hearing date on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion") to Friday, March 17, 2023 @ 9:00 AM in Courtroom 9D, and state as good cause for the continuance the following:

1. Plaintiffs filed their First Amended Complaint ("FAC") on November 29, 2022 (ECF No. 35).

2. The Court held an initial Case Scheduling Conference in this matter on December 13, 2022. Following the conference, the Court issued a minute order setting a briefing schedule on Plaintiffs' anticipated motion for class certification with the deadline to file the class certification motion set for October 6, 2023. *See* ECF No. 45.

3. Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion") on January 10, 2023 and noticed the hearing on the Motion for Friday, March 10, 2023 at 9:00 AM in Courtroom 9D. *See* ECF No. 46.

4. Plaintiffs filed their Opposition to the Motion on February 9, 2023 (ECF No. 48) and Defendants filed their Reply on February 23, 2023 (ECF No. 50). The Motion is fully briefed.

5. Lead defense counsel is currently undergoing cancer treatment that limits his ability to travel and attend in person hearings during treatment and the several days immediately thereafter. On Wednesday, March 1, 2023, Lead Defense Counsel learned his next treatment would need to be delayed to the week of March 6th, which will impact his ability to travel to and attend the hearing on Friday,

March 10th.  Lead Defense Counsel prepared the Motion and is the defense attorney most familiar with the pleadings, arguments and cited case law.

6. The requested continuance will not impact any of the dates set in the Court's initial case scheduling order (ECF No. 45).

Based on the above facts, the parties submit that good cause exists to continue the hearing on Defendants' Motion and hereby stipulate, subject to the Court's approval, to continue the March 10, 2023 hearing to March 17, 2023 at 9:00 AM in Courtroom 9D.

IT IS SO STIPULATED.

Dated:  March 2, 2023                    BLAXTER | BLACKMAN LLP

By     /s/ Brian R. Blackman
       BRIAN R. BLACKMAN
       J.T. WELLS BLAXTER
       DAVID P. ADAMS
       Attorneys for Defendants WHOLE
       FOODS MARKET SERVICES, INC.,
       WHOLE FOOD SMARKATE
       CALIFORNIA, INC. AND MRS.
       GOOCH'S NATURAL FOOD
       MARKETS, INC.

Dated:  March 2, 2023                    GRIME LAW LLP

By     /s/ Paige M. Tomaselli
       PAIGE M. TOMASELLI
       DYLAN D. GRIMES

       GRETCHEN ELSNER
       **ELSNER LAW & POLICY, LLC**

       *Attorneys for Plaintiffs*
       SARA SAFARI, PEYMON
       KHAGHANI and FARM FORWARD

## **ATTESTATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (L.R. 7-1). In compliance with Civil L.R. 5-4.3.4(a)(2)(i), I attest that Paige M. Tomaselli concurred in this filing.

　　　　　　　　　　　　　　　　　　/s/*Brian R. Blackman*
　　　　　　　　　　　　　　　　　　BRIAN R. BLACKMAN