UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>　　　　　Defendants. | Case No. 8:22-CV-01562-JWH-KES<br><br>**ORDER GRANTING STIPULATION AND CONTINUING THE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>The Honorable John W. Holcomb |

1  Having considered the parties' Stipulation to Continue Hearing on
2  Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and good cause
3  appearing, it is hereby **ORDERED** as follows:
4  The hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended
5  Complaint (ECF No. 46) is **CONTINUED** from Friday, March 10, 2023, to Friday,
6  March 17, 2023, at 9:00 a.m. in Courtroom 9D.
7  **IT IS SO ORDERED.**

9  Dated:   March  3 , 2023

   _____
   JOHN W. HOLCOMB
   UNITED STATES DISTRICT JUDGE