BRIAN R. BLACKMAN (SBN 196996)
bblackman@blaxterlaw.com
J.T. WELLS BLAXTER (SBN 190222)
wblaxter@blaxterlaw.com
DAVID P. ADAMS (SBN 312003)
dadams@blaxterlaw.com
BLAXTER | BLACKMAN LLP
601 Montgomery Street, Suite 1110
San Francisco, California 94111
Telephone: (415) 500-7700

Attorneys for defendants WHOLE FOODS MARKET SERVICES, INC.; WHOLE FOODS MARKET CALIFORNIA, INC.; and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>　　　　　Defendants. | Case No. 8:22-cv-01562-JWH (KESx)<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS SUPPLEMENTAL BRIEF ON ITS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>*[Defendants' Supplemental Brief in Support of Its Motion to Dismiss Plaintiffs' First Amended Complaint filed concurrently herewith]*<br><br>Date:　　April 7, 2023<br>Time:　　9:00 AM<br>Place:　　411 West Fourth Street<br>　　　　　Courtroom 9D, 9th Floor<br>　　　　　Santa Ana, California 92701<br><br>The Honorable John W. Holcomb<br><br>Complaint Filed:　August 23, 2022<br>Trial Date:　　　 Not Set |

| | |
|---|---|
| 1 | Defendants Whole Foods Market Services, Inc., Whole Foods Market |
| 2 | California, Inc. and Mrs. Gooch's Natural Food Markets, Inc. (collectively |
| 3 | "Defendants") request that the Court take judicial notice of the following |
| 4 | document and facts in connection with Defendants' Supplemental Brief in |
| 5 | Support of its Motion to Dismiss Plaintiffs' First Amended Complaint and |
| 6 | Plaintiffs' Notice of Supplemental Authority: |
| 7 | 1.   The First Amended Complaint filed by Plaintiff Elizabeth |
| 8 | Herniquez in the case *Herniquez v. Aldi, Inc.,* Case No. 2:22-cv-06060-JLS- |
| 9 | JEM, United States District Court, Central District of California.  A true and |
| 10 | correct copy of the First Amended Complaint is attached hereto as **Exhibit 1**. |
| 11 | Judicial notice may be taken of documents filed and orders or decisions |
| 12 | entered in any federal or state court proceeding.  Fed. Rule Evid. 201; |
| 13 | *ReadyLink Healthcare, Inc. v. State Comp. Ins. Fund*, 754 F.3d 754, 756 fn. 1 |
| 14 | (9th Cir. 2014); *Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011). |

Dated:  March 27, 2023          BLAXTER | BLACKMAN LLP

By  /s/ *Brian R. Blackman*
BRIAN R. BLACKMAN
Attorneys for Defendants WHOLE FOODS MARKET SERVICES, INC.; WHOLE FOODS MARKET CALIFORNIA, INC.; MRS. GOOCH'S NATURAL FOOD MARKETS, INC.