UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | 8:22-01562-JWH(KESx) | | Date | April 7, 2023 |
|---|---|---|---|---|
| Title | *Sara Safari et al v. Whole Foods Market, Inc.* | | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Gretchen Elsner | Erin W. Keefe |
| Paige Tomaselli | |

**Proceedings:**   **HEARING RE : DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [46]**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.

The Court takes the motion [ECF No. 46] under submission.

**IT IS SO ORDERED.**

Time:   01:40
Initials of Preparer: cla