Paige M. Tomaselli (SBN 237737)
Dylan D. Grimes (SBN 302981)
**GRIME LAW LLP**
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: (310) 747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

Gretchen Elsner (pro hac vice)
**ELSNER LAW & POLICY, LLC**
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC. doing business as Whole Foods Market, a California Corporation,<br><br>　　　　　Defendants. | Case No. 8:22-cv-01562-JWH-KES<br><br>**PLAINTIFF FARM FORWARD'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. John W. Holcomb<br><br>Complaint Filed: August 23, 2022<br>Trial Date: Not Set<br><br>Jury Trial Demanded |

# NOTICE

Plaintiff Farm Forward provides notice of two recent decisions addressing organizational standing relevant to the Court's questions at the April 7, 2023 hearing on Defendants' Motion to Dismiss, ECF No. 46, and responsive to the Court's supplemental briefing order, ECF No. 54. While neither of these recent decisions are from the Central District of California or the Ninth Circuit Court of Appeals, the decisions address *TransUnion v. Ramirez,* 141 S.Ct. 2190 (2021) or *Havens Realty Corp. v. Coleman,* 455 U.S. 363, 379 (1982) and are currently part of a national discussion relating to organizational standing that the Court may find informative.

*Alliance for Hippocratic Medicine, et al., v. U.S. Food and Drug Administration, et al.*, No. 2:22-CV-223-Z (N.D. Texas, April 7, 2023). The district court decision is attached as Exhibit 1. This decision addresses *TransUnion* and *Havens*.

*Alliance for Hippocratic Medicine, et al., v. Food & Drug Administration, et al,* No. 23-10362, (5th Cir. April 12, 2023) (unpublished). The Fifth Circuit decision is attached as Exhibit 2. This decision affirms organizational standing for the associations and addresses *Havens*.

DATED: April 13, 2023                     Respectfully submitted,

/s/ *Paige M. Tomaselli*
Paige M. Tomaselli (SBN 237737)
Dylan D. Grimes (SBN 302981)
**GRIME LAW LLP**
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: (310) 747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

/s/ *Gretchen Elsner*
Gretchen Elsner (pro hac vice)

**ELSNER LAW & POLICY, LLC**
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

*Attorneys for Plaintiffs*