BRIAN R. BLACKMAN (SBN 196996)
bblackman@blaxterlaw.com
J.T. WELLS BLAXTER (SBN 190222)
wblaxter@blaxterlaw.com
ERIN W. KEEFE (SBN 240639)
ekeefe@blaxterlaw.com
DAVID P. ADAMS (SBN 312003)
dadams@blaxterlaw.com
BLAXTER | BLACKMAN LLP
601 Montgomery Street, Suite 1110
San Francisco, California 94111
Telephone: (415) 500-7700

Attorneys for defendants WHOLE FOODS MARKET SERVICES, INC.; WHOLE FOODS MARKET CALIFORNIA, INC.; and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>Defendants. | Case No. 8:22-cv-01562-JWH (KESx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY**<br><br>Date:    July 11, 2023<br>Time:   10:00 A.M.<br>Place:  411 West Fourth Street<br>          Courtroom 6D, 9th Floor<br>          Santa Ana, California 92701<br><br>The Honorable Karen E. Scott<br><br>Complaint Filed:   August 23, 2022<br>Discovery Cutoff:  Not Set<br>Pretrial-Conference: Not Set<br>Trial Date:        Not Set |

## NOTICE OF MOTION TO STAY

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 11, 2023 at 10:00 AM, or as soon thereafter as counsel may be heard in Courtroom 6D of the above-entitled Court, located in the United States District Court, 411 West 4th Street, Santa Ana, California, defendants Whole Foods Market California, Inc., Mrs. Gooch's Natural Food Markets, Inc. and Whole Foods Market Services, Inc. (collectively "Defendants"), will and hereby move to stay discovery pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil Rules 37-1 and 37-2 on the grounds that Defendants' pending motion to dismiss the First Amended Complaint ("FAC") of plaintiffs Sara Safari, Peymon Khaghani and Farm Forward (collectively "Plaintiffs") will likely dispose of the current claims or, at the very least, narrow the issues to address through discovery under Plaintiffs' FAC and any subsequent amended pleading.  Continuing to push forward on discovery without knowing the scope of the potential claims, if any, that will survive Defendants' pleadings challenges, unnecessarily burdens both parties by forcing them to engage in fact finding regarding issues and claims that may not survive the pleading stage.  It will also burden the Court with resolving a number of discovery issues tied to the breadth and scope of Plaintiffs' claims that will likely be resolved by its ruling on Defendants' motion, thus posing the risk of potentially inconsistent rulings between this Court and the district court.

This Motion is made following the conferences of counsel pursuant to Local Civil Rule 37-1 which took place on May 26, 2023, and is accompanied by a joint stipulation and supporting declarations pursuant to Local Civil Rule 37-2.

This Motion is based upon this Notice of Motion and Motion, the Joint Stipulation, the accompanying Declarations of Erin Keefe, David Adams, and

1  Gretchen Elsner, all other pleadings, papers, records and documentary materials on
2  file in this action, and such further evidence and argument as the Court may allow at
3  the hearing on this Motion.

4  Dated:  June 12, 2023                    BLAXTER | BLACKMAN LLP

6                                           By:  ___/s/ *David P. Adams*___
7                                                BRIAN R. BLACKMAN
                                                 ERIN W. KEEFE
8                                                DAVID P. ADAMS
                                                 Attorneys for Defendant
9                                                WHOLE FOODS MARKET SERVICES,
                                                 INC.; WHOLE FOODS MARKET
10                                               CALIFORNIA, INC.; MRS. GOOCH'S
                                                 NATURAL FOOD MARKETS, INC.