BRIAN R. BLACKMAN (SBN 196996)
bblackman@blaxterlaw.com
J.T. WELLS BLAXTER (SBN 190222)
wblaxter@blaxterlaw.com
DAVID P. ADAMS (SBN 312003)
dadams@blaxterlaw.com
BLAXTER | BLACKMAN LLP
601 Montgomery Street, Suite 1110
San Francisco, California 94111
Telephone: (415) 500-7700

Attorneys for defendant WHOLE FOODS MARKET SERVICES, INC., WHOLE FOODS MARKET CALIFONRIA, INC. and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, and JASON ROSE, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET, INC., a Texas corporation,<br><br>Defendant. | Case No. 8:22-cv-01562-JWH (KESX)<br><br>**STIPULATATION FOR ENTRY OF ESI DISCOVERY PROTOCOLS**<br><br>*[Discovery Document: Referred to Magistrate Judge Karen E. Scott]* |

Plaintiffs Sara Safari, Peymon Khaghani, ("Consumer Plaintiffs"), nonprofit organization Plaintiff Farm Forward (collectively, "Plaintiffs"), and defendants Whole Foods Market Services, Inc. ("WFM Services"), Whole Foods Market California, Inc. ("WFM California") and Mrs. Gooch's Natural Food Markets, Inc. ("Mrs. Gooch's" and collectively "Defendants") stipulate and agree as follows:

1. Plaintiffs served WFM Services with their first set of Requests for Production (the "RFPs") on February 10, 2023.

2. WFM Services served timely responses to Plaintiffs' RFPs on March 13, 2023, asserting that responsive documents to RFP Nos. 8-22, 24, 27, and 29 were likely stored in the electronic files of certain custodians in the employ of Defendants.  Defendants offered to meet and confer with Plaintiffs to arrive at mutually agreeable protocols to govern the discovery of electronically stored information ("ESI") in response to RFP Nos. 8-22, 24, 27, and 29 and in this case generally.

3. Defendants served Plaintiffs with their first sets of RFPs on March 29, 2023.  Plaintiffs served timely written responses on April 28, 2023 and May 22, 2023.  Defendants believe a complete response to its RFPs will require Plaintiffs to locate, review, process and produce ESI in their possession, custody and control.

4. The parties have met and conferred over protocols for locating, identifying and producing ESI discovery.

5. The parties, therefore, stipulate and agree that the "[PROPOSED] STIPULATED ORDER CONCERNING ESI DISCOVERY PROTOCOLS" (the "Order") submitted with this Stipulation should be entered by the Court and will govern the process for locating, identifying and producing ESI in this case as a supplement to the Federal Rules of Civil Procedure ("FRCP"), and any other applicable orders in this action.  Nothing in the Order shall limit a party's right to rely on the Stipulated Protective Order entered in this action on December 14, 2022 (ECF No. 44), or to object to the authenticity or admissibility of any hardcopy

documents or ESI produced in accordance with these protocols.

**IT IS SO STIPULATED**, through Counsel of Record.

DATED: July 11, 2023                Respectfully submitted,

/s/
Paige M. Tomaselli (SBN 237737)
Dylan D. Grimes (SBN 302981)
**GRIME LAW LLP**
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: (310) 747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

Gretchen Elsner (*pro hac vice*)
**ELSNER LAW & POLICY, LLC**
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

*Attorneys for Plaintiffs*

Dated: July 11, 2023                BLAXTER | BLACKMAN LLP


                    By:  /s/ David P. Adams
                         BRIAN R. BLACKMAN
                         J.T. WELLS BLAXTER
                         ERIN W. KEEFE
                         DAVID P. ADAMS
                         Attorneys for Defendant
                         WHOLE FOODS MARKET SERVICES,
                         INC., WHOLE FOODS MARKET
                         CALIFONRIA, INC. and MRS. GOOCH'S
                         NATURAL FOOD MARKETS, INC.

## **ATTESTATION**

I, David P. Adams, am the ECF User whose identification and password are being used to file STIPULATATION FOR ENTRY OF ESI DISCOVERY PROTOCOLS. In compliance with Civil L.R. 5-4.3.4(a)(2)(i), I attest that Paige M. Tomaselli concurred in this filing.

                        /s/*David P. Adams*
                        David P. Adams