| | |
|---|---|
| Paige M. Tomaselli (SBN 237737)<br>Dylan D. Grimes (SBN 302981)<br>**GRIME LAW LLP**<br>730 Arizona Avenue<br>Santa Monica, CA 90401<br>Telephone: (310) 747-5095<br>ptomaselli@grimelaw.com<br>dgrimes@grimelaw.com | Gretchen Elsner (pro hac vice)<br>**ELSNER LAW & POLICY, LLC**<br>314 South Guadalupe Street, Suite 123<br>Santa Fe, NM 87501<br>Telephone: (505) 303-0980<br>gretchen@elsnerlaw.org |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>        Plaintiffs,<br><br>    v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC. doing business as Whole Foods Market, a California Corporation,<br><br>        Defendants. | Case No. 8:22-cv-01562-JWH-KES<br><br>**PLAINTIFFS SARA SAFARI, PEYMON KHAGHANI and FARM FORWARD'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date: July 21, 2023<br>Time: 9:00 a.m.<br>Department: 9D, 9th Floor<br>Judge: Hon. John W. Holcomb<br><br>Complaint Filed: August 23, 2022<br>Trial Date: Not Set<br><br>Jury Trial Demanded |

# NOTICE

Plaintiffs provide notice regarding a Supreme Court of California decision in *California Medical Association v. AETNA Health of California*, filed July 17, 2023, case number S269212.

The case addresses organizational standing to pursue a claim under the UCL.

The decision is attached as Ex. 1.

DATED: July 17, 2023  Respectfully submitted,

/s/ *Paige M. Tomaselli*
Paige M. Tomaselli (SBN 237737)
Dylan D. Grimes (SBN 302981)
**GRIME LAW LLP**
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: (310) 747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

/s/ *Gretchen Elsner*
Gretchen Elsner (pro hac vice)
**ELSNER LAW & POLICY, LLC**
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

*Attorneys for Plaintiffs*