# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01562-JWH-KESx                                  Date:  July 28, 2023

Title: SARA SAFARI, et al. v. WHOLE FOODS MARKET, INC.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER re Plaintiff's Motion to Compel Answers to Interrogatories (Dkt. 66)**

On June 13, 2023, Defendant filed a motion in the form of a joint stipulation to stay discovery.  (Dkt. 62, 63.)  Defendant argued that its "pending motion to dismiss the First Amended Complaint [Dkt. 46] … will likely dispose of the current claims or, at the very least, narrow the issues to address through discovery …."  (Dkt. 62 at 2.)  On June 23, 2023, Plaintiff filed a motion in the form of a joint stipulation to compel Defendant to respond to interrogatories and begin a rolling production of documents.  (Dkt. 66, 67.)

The District Judge subsequently ruled on the motion to dismiss, granting it in part and denying it in part.  (Dkt. 75.)  The District Judge also denied Defendant's motion for a stay.  (Dkt. 78.)  The District Judge then referred the motion to compel discovery (Dkt. 66, 67) to the Magistrate Judge.  (Dkt. 78.)

Now that the District Judge has made rulings denying Defendant's motion for a stay and establishing a schedule for amending the pleadings and briefing class certification, the Magistrate Judge directs the parties to meet and confer again to try to agree on a schedule for the disputed discovery.  If they reach an agreement, they can

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:22-cv-01562-JWH-KESx | Date: July 28, 2023 |
| | Page 2 |

notify the Court that Plaintiff will withdraw the motion to compel. If they cannot reach an agreement, then by August 14, 2023, they should file five-page supplemental briefs explaining their proposal and their objections to the other side's proposal. If the parties file supplemental briefs, the Magistrate Judge will hold a telephonic hearing on Wednesday, August 16, 2023, at 9:30 a.m.

| | |
|---|---|
| MINUTES FORM 11 | Initials of Deputy Clerk JD |
| CIVIL-GEN | |