# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC. doing business as Whole Foods Market, a California Corporation,<br><br>　　　　Defendants. | Case No. 8:22-cv-01562-JWH-KES<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND THE DEADLINE FOR PLAINTIFFS TO AMEND FIRST AMENDED COMPLAINT (UNOPPOSED)**<br><br>The Honorable John W. Holcomb |

Having considered the Plaintiffs' *Ex Parte* Application to Extend Deadline to Amend the Complaint (Unopposed), and good cause appearing, it is hereby **ORDERED** as follows:

1. Plaintiffs may amend the complaint no later than 21 days after this Court rules on Plaintiff Farm Forward's Motion for Reconsideration.

2. Defendants Whole Foods Market Services, Inc., Whole Foods Market California, Inc. and Mrs. Gooch's Natural Foods Market, Inc., must respond to Plaintiffs' operative complaint no later than 21 days after Plaintiffs file an amended complaint.

**IT IS SO ORDERED.**

DATED: August __10__, 2023

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE