UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01562-JWH-KESx					Date:  August 16, 2023

Title: SARA SAFARI, et al. v. WHOLE FOODS MARKET, INC.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | CS 8/16/23 |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Gretchen Elsner | David Adams |
| Paige Tomaselli | |

PROCEEDINGS:		Hearing re Plaintiff's Motion to Compel Answers to Interrogatories (Dkt. 66)

Case is called.  Counsel state their appearances.  Oral arguments are heard. Motion is granted in part as stated on the record. The Court did not rule on any relevancy objections.  Defendants are directed to provide supplemental written responses to the disputed discovery and to produce documents within 60 days.

00 : 45

MINUTES FORM 11				Initials of Deputy Clerk JD
CIVIL-GEN