| | |
|---|---|
| Paige M. Tomaselli (SBN 237737)<br>Dylan D. Grimes (SBN 302981)<br>GRIME LAW LLP<br>730 Arizona Avenue<br>Santa Monica, CA 90401<br>Telephone: (310) 747-5095<br>ptomaselli@grimelaw.com<br>dgrimes@grimelaw.com | David F. Sugerman (*pro hac vice*)<br>Nadia H. Dahab (*pro hac vice*)<br>SUGERMAN DAHAB<br>707 SW Washington Street, Suite 600<br>Portland, OR 97205<br>Telephone (503) 228-6474<br>david@sugermandahab.com<br>nadia@sugermandahab.com |

Gretchen Elsner *(pro hac vice)*
ELSNER LAW & POLICY, LLC
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SARA SAFARI, PEYMON KHAGHANI**, on behalf of themselves and all others similarly situated, and **FARM FORWARD**, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>**WHOLE FOODS MARKET SERVICES, INC.**, a Delaware corporation, **WHOLE FOODS MARKET CALIFORNIA, INC.**, a California corporation, **MRS. GOOCH'S NATURAL FOOD MARKETS, INC.**, doing business as Whole Foods Market, a California Corporation,<br><br>Defendants. | Case No. 8:22-CV-01562-JWH (KES)<br><br>**PLAINTIFFS' NOTICE OF ERRATA TO PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION TO CONTINUE DISCOVERY HEARING**<br><br>The Honorable Karen E. Scott<br><br>Complaint Filed:     August 23, 2022<br>Discovery Cutoff:    Not Set<br>Pretrial-Conference: Not Set<br>Trial Date:          Not Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs respectfully file this Notice of Errata to correct a filing due date error and to amend opposing counsel's position on Plaintiffs' Ex Parte Application to Continue Discovery Hearing. The Application, ECF No. 102, is now unopposed.

First, the original filing, ECF No. 102, contained an error which has been remedied in the corrected Ex Parte Application filed simultaneously with this Notice of Errata. Plaintiffs inadvertently misstated the filing due date for Defendants' response to Plaintiffs' amended complaint. The correct date is 21 days after Plaintiffs file an amended complaint, consistent with ECF No. 84. Plaintiffs regret the error and have taken expeditious steps to remedy it as quickly as possible after Plaintiffs discovered it. Plaintiffs submit that Defendants were not prejudiced by the error.

Second, this morning Defendants confirmed via email that Plaintiffs' Ex Parte Application is unopposed and the corrected filing now reflects that position.

Dated: October 27, 2023

ELSNER LAW & POLICY, LLC

By: */s/ Gretchen Elsner*
Gretchen Elsner (*pro hac vice*)
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

GRIME LAW, LLP
Paige M. Tomaselli (SBN 237737)
Dylan D. Grimes (SBN 302981)
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: (310) 747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

| | |
|---|---|
| 1 | SUGERMAN DAHAB |
| 2 | David F. Sugerman (*pro hac vice*) |
| | Nadia H. Dahab (*pro hac vice*) |
| 3 | 707 SW Washington St. Ste. 600 |
| 4 | Portland, OR 97205 |
| | Tel: (503) 228-6474 |
| 5 | david@sugermandahab.com |
| | nadia@sugermandahab.com |
| 6 | |
| 7 | *Attorneys for Plaintiffs* |
| | SARA SAFARI, PEYMON KHAGHANI |
| 8 | and FARM FORWARD |