BRIAN R. BLACKMAN (SBN 196996)
bblackman@blaxterlaw.com
J.T. WELLS BLAXTER (SBN 190222)
wblaxter@blaxterlaw.com
ERIN W. KEEFE (SBN 240639)
ekeefe@blaxterlaw.com
DAVID P. ADAMS (SBN 312003)
dadams@blaxterlaw.com
BLAXTER | BLACKMAN LLP
601 Montgomery Street, Suite 1110
San Francisco, California 94111
Telephone: (415) 500-7700

Attorneys for defendants WHOLE
FOODS MARKET SERVICES, INC.;
WHOLE FOODS MARKET CALIFORNIA,
INC.; and MRS. GOOCH'S NATURAL FOOD
MARKETS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>    Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>    Defendants. | Case No. 8:22-cv-01562-JWH (KESx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL**<br><br>Date:    December 5, 2023<br>Time:   10:00 A.M.<br>Place:  411 West Fourth Street<br>          Courtroom 6D, 9th Floor<br>          Santa Ana, California 92701<br><br>The Honorable Karen E. Scott<br><br>Complaint Filed:   August 23, 2022<br>Discovery Cutoff:  Not Set<br>Pretrial-Conference: Not Set<br>Trial Date:        Not Set |

Defendants Whole Foods Market Services, Inc., Whole Foods Market California, Inc. and Mrs. Gooch's Natural Food Markets, Inc. (collectively "Defendants") motion to compel further responses and production of documents in response to Defendants' Requests for Production, Set One ("RFP") pursuant to Federal Rule of Civil Procedure Rules 26 and 34 and Local Civil Rules 37-1 and 37-2 was heard on December 5, 2023 at 10:00 a.m. by this Court. Having considered all papers filed in support of and in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers on file herein, and good cause appearing, the Court finds as follows:

1. Defendants' motion to compel is hereby GRANTED;

2. Within five days of this order, Plaintiff Peymon Khaghani ("Khgahani") shall produce documents responsive to Defendants' RFP Nos. 2 and 3 and provide amended supplemental responses to Defendants' RFP Nos. 2 and 3 withdrawing all objections and confirming that responsive documents to RFP Nos. 2 and 3 statements will be produced without redactions;

3. Within five days of this order, Khaghani shall produce documents responsive to Defendants' RFP Nos. 5-10, 23, and 36 and provide amended supplemental responses to Defendants' RFP Nos. 5-10, 23, and 36 withdrawing all objections and confirming that responsive documents to RFP Nos. 5-10, 23, and 36 statements will be produced.

IT IS SO ORDERED.

Dated: _____, 2023

_____
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE