Paige M. Tomaselli (SBN 237737)
Dylan D. Grimes (SBN 302981)
**GRIME LAW LLP**
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: (310) 747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

David F. Sugerman (*pro hac vice*)
Nadia H. Dahab (*pro hac vice*)
**SUGERMAN DAHAB**
707 SW Washington Street, Suite 600
Portland, OR 97205
Telephone (503) 228-6474
david@sugermandahab.com
nadia@sugermandahab.com

Gretchen Elsner (*pro hac vice*)
**ELSNER LAW & POLICY, LLC**
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>Defendants. | Case No. 8:22-CV-01562-JWH (KESx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL (L.R. 37-2)**<br><br>Date:   December 5, 2023<br>Time:   10:00 a.m.<br>Place:  411 West Fourth Street<br>        Courtroom 9D, 9th Floor<br>        Santa Ana, California 92701<br><br>The Honorable John W. Holcomb<br>The Honorable Karen E. Scott<br><br>Complaint Filed:   August 23, 2022<br>Discovery Cutoff:  Not Set<br>Pretrial-Conference: Not Set<br>Trial Date:        Not Set |

## NOTICE OF MOTION AND MOTION TO COMPEL

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 5, 2023 at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 9D of this Court, located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiffs Sara Safari, Peymon Khaghani, and Farm Forward, will and do move to compel Defendants Whole Foods Market California, Inc., Mrs. Gooch's Natural Food Markets, Inc., and Whole Foods Market Services, Inc., to respond to Requests for Admission served on them without narrowing or revising the request and produce documents response to Plaintiffs' requests for production served on them in February 2023, without limiting to just two stores in Northern California, a handful of the beef products in their supply chain and a less than two-year period.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 31, 2023.

This Motion is based upon this Notice of Motion and Motion, the joint stipulation and declarations accompanying the Motion consistent with L.R. Civ. R. 37-2, the Court's docket in this action, and any other evidence and argument presented to the Court at the hearing on this Motion.

Dated: November 7, 2023

GRIME LAW LLP

By: /s/ Paige M. Tomaselli

PAIGE M. TOMASELLI
DYLAN D. GRIMES

ELSNER LAW & POLICY, LLC
GRETCHEN ELSNER

SUGERMEN DAHAB
NADIA DAHAB
DAVID SUGERMAN

*Attorneys for Plaintiffs*
SARA SAFARI, PEYMON KHAGHANI and FARM FORWARD