**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:22-cv-01562-JWH-KESx                              Date: December 5, 2023

Title: SARA SAFARI, et al. v. WHOLE FOODS MARKET, INC.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | CS 12/5/23 |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Gretchen Elsner | David Adams |
| Paige Tomaselli | |
| David Sugerman | |
| Dylan Grimes | |

**PROCEEDINGS:**     Hearing re Discovery Motions (Dkts. 99, 109, 111)

Case is called. Counsel state their appearances. Oral arguments are heard. The Court rules on the motions as stated on the record.

01 : 32

MINUTES FORM 11                                                          Initials of Deputy Clerk JD
CIVIL-GEN