| | |
|---|---|
| Paige M. Tomaselli (SBN 237737)<br>Dylan D. Grimes (SBN 302981)<br>**GRIME LAW LLP**<br>730 Arizona Avenue<br>Santa Monica, CA 90401<br>Telephone: (310) 747-5095<br>ptomaselli@grimelaw.com<br>dgrimes@grimelaw.com<br><br>Gretchen Elsner (*pro hac vice*)<br>**ELSNER LAW & POLICY, LLC**<br>314 South Guadalupe Street, Suite 123<br>Santa Fe, NM 87501<br>Telephone: (505) 303-0980<br>gretchen@elsnerlaw.org | David F. Sugerman (*pro hac vice*)<br>Nadia H. Dahab (*pro hac vice*)<br>**SUGERMAN DAHAB**<br>707 SW Washington Street, Suite 600<br>Portland, OR 97205<br>Telephone (503) 228-6474<br>david@sugermandahab.com<br>nadia@sugermandahab.com |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>Defendants. | Case No. 8:22-cv-01562-JWH (KESx)<br><br>**NOTICE OF LODGING RE [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES**<br><br>Date:   December 5, 2023<br>Time:   10:00 A.M.<br>Place:  411 West Fourth Street<br>          Courtroom 6D, 9th Floor<br>          Santa Ana, California 92701<br><br>The Honorable Karen E. Scott<br><br>Complaint Filed:      August 23, 2022<br>Discovery Cutoff:    Not Set<br>Pretrial-Conference: Not Set<br>Trial Date:               Not Set |

1
2
3   **PLEASE TAKE NOTICE** that Plaintiffs respectfully lodge the attached [Proposed] Order Granting Defendants' Motion to Compel Responses to Interrogatories.

4   DATED: December 29, 2023            Respectfully submitted,
5
6                                        Paige M. Tomaselli (SBN 237737)
                                         Dylan D. Grimes (SBN 302981)
7                                        **GRIME LAW LLP**
                                         730 Arizona Avenue
8                                        Santa Monica, CA 90401
                                         Telephone: (310) 747-5095
9                                        ptomaselli@grimelaw.com
10                                       dgrimes@grimelaw.com
11
12                                       Gretchen Elsner (*pro hac vice*)
                                         **ELSNER LAW & POLICY, LLC**
13                                       314 South Guadalupe Street, Suite 123
                                         Santa Fe, NM 87501
14                                       Telephone: (505) 303-0980
                                         gretchen@elsnerlaw.org
15
16
17                                       /s/ Nadia H. Dahab
                                         David F. Sugerman (*pro hac vice*)
18                                       Nadia H. Dahab (*pro hac vice*)
                                         **SUGERMAN DAHAB**
19                                       707 SW Washington Street, Suite 600
                                         Portland, OR 97205
20                                       Telephone (503) 228-6474
21                                       david@sugermandahab.com
                                         nadia@sugermandahab.com
22
23                                       *Attorneys for Plaintiffs*
24
25
26
27
28

-1-                                      Case No. 8:22-CV-01562-JWH (KESx)
                                         NOTICE OF LODGING

<table>
<tr><td>

Paige M. Tomaselli (SBN 237737)
Dylan D. Grimes (SBN 302981)
**GRIME LAW LLP**
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: (310) 747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

Gretchen Elsner (*pro hac vice*)
**ELSNER LAW & POLICY, LLC**
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

</td><td>

David F. Sugerman (*pro hac vice*)
Nadia H. Dahab (*pro hac vice*)
**SUGERMAN DAHAB**
707 SW Washington Street, Suite 600
Portland, OR 97205
Telephone (503) 228-6474
david@sugermandahab.com
nadia@sugermandahab.com

</td></tr>
</table>

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

<table>
<tr><td>

SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,

  Plaintiffs,

  v.

WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,

  Defendants.

</td><td>

Case No. 8:22-cv-01562-JWH (KESx)

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL**

Date: December 5, 2023
Time: 10:00 A.M.
Place: 411 West Fourth Street
   Courtroom 6D, 9th Floor
   Santa Ana, California 92701

The Honorable Karen E. Scott

Complaint Filed: August 23, 2022
Discovery Cutoff: Not Set
Pretrial-Conference: Not Set
Trial Date: Not Set

</td></tr>
</table>

Defendants Whole Foods Market Services, Inc., Whole Foods Market California, Inc. and Mrs. Gooch's Natural Food Markets, Inc.'s (collectively "Defendants") motion to compel plaintiff Peymon Khaghani's ("Khaghani") further responses to Defendants' Interrogatories, Set Two ("Interrogatories") pursuant to Federal Rule of Civil Procedure Rules 26, 33, and 37 and Local Civil Rules 37-1 and 37-2 (ECF No. 111) was heard on December 5, 2023 at 10:00 a.m. by this Court. Having considered all papers filed in support of and in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers on file herein, and good cause appearing, the Court rules as follows:

1. Defendants' motion to compel is hereby GRANTED in part as set forth below;

2. On or before January 5, 2024, Khaghani shall provide verified amended responses to Defendants' Interrogatories Nos. 8-11. Khaghani's verified responses should reflect all information known to or received by him.

IT IS SO ORDERED.

Dated: _____, 2024

_____
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE