BRIAN R. BLACKMAN (SBN 196996)
bblackman@blaxterlaw.com
J.T. WELLS BLAXTER (SBN 190222)
wblaxter@blaxterlaw.com
ERIN W. KEEFE (SBN 240639)
ekeefe@blaxterlaw.com
DAVID P. ADAMS (SBN 312003)
dadams@blaxterlaw.com
BLAXTER | BLACKMAN LLP
601 Montgomery Street, Suite 1110
San Francisco, California 94111
Telephone: (415) 500-7700

Attorneys for defendants WHOLE FOODS MARKET SERVICES, INC.; WHOLE FOODS MARKET CALIFORNIA, INC.; and MRS. GOOCH'S NATURAL FOOD MARKETS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>Defendants. | Case No. 8:22-cv-01562-JWH (KESx)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO COMPEL**<br><br>Date:   December 5, 2023<br>Time:   10:00 A.M.<br>Place:  411 West Fourth Street<br>         Courtroom 6D, 9th Floor<br>         Santa Ana, California 92701<br><br>The Honorable Karen E. Scott<br><br>Complaint Filed:      August 23, 2022<br>Discovery Cutoff:     Not Set<br>Pretrial-Conference:  Not Set<br>Trial Date:           Not Set |

Case No. 8:22-CV-01562-JWH (KESx)
[PROPOSED] ORDER GRANTING DEF.'S MTN TO COMPEL

      Defendants Whole Foods Market Services, Inc., Whole Foods Market California, Inc. and Mrs. Gooch's Natural Food Markets, Inc.'s (collectively "Defendants") motion to compel plaintiff Peymon Khaghani's ("Khaghani") further responses to Defendants' Interrogatories, Set Two ("Interrogatories") pursuant to Federal Rule of Civil Procedure Rules 26, 33, and 37 and Local Civil Rules 37-1 and 37-2 (ECF No. 111) was heard on December 5, 2023 at 10:00 a.m. by this Court.  Having considered all papers filed in support of and in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers on file herein, and good cause appearing, the Court rules as follows:

    1. Defendants' motion to compel is hereby GRANTED in part as set forth below;

    2. On or before January 5, 2024, Khaghani shall provide verified amended responses to Defendants' Interrogatories Nos. 8-11.  Khaghani's verified responses should reflect all information known to or received by him, including information in the possession of his attorneys.

    IT IS SO ORDERED.

Dated: \_\_\_January 3,_____, 2024

                                         _____
                                         HON. KAREN E. SCOTT
                                         UNITED STATES MAGISTRATE JUDGE