# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>    Defendants. | Case No. 8:22-cv-01562-JWH (KESx)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL** |

Plaintiff Peymon Khaghani's ("Khaghani") motion to compel further responses to Khaghani's Requests for Production, Set One and Requests for Admission, Sets One and Two to defendant Whole Foods Market Services, Inc. ("WFM Services"), Requests for Admission, Sets One and Two to defendant Whole Foods Market California, Inc. ("WFMCA"), and Requests for Admission, Set Two (ECF No. 109) to defendant Mrs. Gooch's Natural Food Markets, Inc. ("Mrs. Gooch's"; referred to collectively with WFM Services and WFMCA as "Defendants") was heard on December 5, 2023 at 10:00 a.m. by this Court. Having considered all papers filed in support of and in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers on file herein, and good cause appearing, the Court rules as follows:

1. Khaghani's motion to compel is hereby DENIED in part and GRANTED in part as follows;

2. Khaghani's Motion is GRANTED in part as to Khaghani's requests for admission. On or before January 12, 2024, Defendants shall serve amended supplemental responses to Khaghani's Requests for Admission, Sets One and Two to WFM Services, Requests for Admission, Sets One and Two to WFMCA, and Requests for Admission, Set Two to Mrs. Gooch's. Defendants' amended supplemental responses shall answer the requests for admission in full. To the extent that Defendants qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest in accordance with Federal Rule of Civil Procedure Rule 36(a)(4). The Defendants' amended responses shall specify who makes available Whole Foods Markets' beef for sale online, given Defendants' good faith interpretation of the phrase "makes available" that will be stated in the response.

3. Khaghani's Motion is DENIED as to Khaghani's request for an order compelling WFM Services to produce documents

responsive to Khaghani's Request for Production, Set One. The Court orders that Defendants shall produce responsive documents, to the extent not already produced. The court further orders that the scope of relevant of beef products shall include (1) beef products purchased by Khaghani and Sara Safari (referred to collectively with Khaghani as "Plaintiffs"), (2) beef products which Plaintiffs claim tested positive for antibiotics, and (3) all beef products sold at Whole Foods Market in California during the statutory period that can be traced to the suppliers of categories one and two above. The above definition of beef products applies only to discovery that seeks information regarding beef products and beef suppliers.

IT IS SO ORDERED.

Dated: _____January 3_____, 2024

_____
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE