UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>Defendants. | Case No. 8:22-cv-01562-JWH-KESx<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL** |

Defendants Whole Foods Market Services, Inc., Whole Foods Market California, Inc. and Mrs. Gooch's Natural Food Markets, Inc. (collectively "Defendants") motion to compel further responses and production of documents in response to Defendants' Requests for Production, Set One ("RFP") to Plaintiff Peymon Khaghani ("Khaghani") pursuant to Federal Rule of Civil Procedure Rules 26 and 34 and Local Civil Rules 37-1 and 37-2 (ECF No. 99) was heard on December 5, 2023 at 10:00 a.m. by this Court.  Having considered all papers filed in support of and in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers on file herein, and good cause appearing, the Court rules as follows:

1. Defendants' motion to compel is hereby GRANTED in part as set forth below;

2. On or before January 5, 2024, Khaghani shall provide amended responses to Defendants' RFP Nos. 2 and 3, confirming that responsive documents to RFP Nos. 2 and 3 will be produced.  If Khaghani re-asserts relevancy objections that the Court has already overruled, such objections will have no import.  He may assert new objections.

3. On or before January 31, 2024, Khaghani shall produce pursuant to the stipulated protective order entered in this action responsive credit card statements reflecting purchases of meat products from Defendants, and other retailers and restaurants, and any accompanying redaction log.  Khaghani may apply redactions to sensitive personal information reflected in those statements.  All such redactions should be reflected on a redaction log describing the nature of the redacted content and Khaghani's grounds for withholding it.  To the extent that Defendants wish to use any of Khaghani's credit card statements as an exhibit in this action, Defendants shall redact all purchases other than those reflecting purchases of meat products.

4. On or before January 5, 2024, Khaghani shall produce any documents responsive to Defendants' RFP Nos. 5-10, 23, and 36 which have not yet been

produced, and provide amended responses to Defendants' RFP Nos. 5-10, 23, and 36 withdrawing the overruled objections that responsive documents constitutes attorney work-product. The court orders that Khaghani's amended responses state whether, after a reasonable search and diligent inquiry, Khaghani has identified responsive documents within his, or his attorneys, possession custody or control. If any responsive documents have already been produced, Khaghani's amended responses should further identify the BATES number(s) associated with the document or documents.

IT IS SO ORDERED.

Dated: January 3, 2024

_____
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE