Paige M. Tomaselli (SBN 237737)
Dylan D. Grimes (SBN 302981)
**GRIME LAW LLP**
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: (310) 747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

Gretchen Elsner (*pro hac vice*)
**ELSNER LAW & POLICY, LLC**
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

David F. Sugerman (*pro hac vice*)
Nadia H. Dahab (*pro hac vice*)
**SUGERMAN DAHAB**
707 SW Washington Street, Suite 600
Portland, OR 97205
Telephone (503) 228-6474
david@sugermandahab.com
nadia@sugermandahab.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOODS MARKETS, INC. doing business as Whole Foods Market, a California Corporation,<br><br>Defendants. | Case No. 8:22-CV-01562-JWH-KES<br><br>**NOTICE OF DISCOVERY MOTION AND TELEPHONIC CONFERENCE**<br><br>Date: February 16, 2024<br>Time: 9:30 a.m.<br>Place: Telephonic<br><br>The Honorable Karen E. Scott<br><br>Complaint Filed: August 23, 2022<br>Discovery Cutoff: Not set<br>Pretrial-Conference: Not set<br>Trial Date: Not set |

Plaintiffs Peymon Khaghani and Sara Safari give notice that The Honorable Karen E. Scott will hold an informal telephonic discovery conference on Friday, February 16, 2024 at 9:30 a.m. The Court's call-in number is 877-848-7030, and the access code is 7771217. Letter briefs are due to the Court Thursday, February 15, 2024, by 9:30 a.m.

The discovery at issue is:

1. Defendants' response to RFP No. 6, which seek examples of Defendants' advertising to California consumers regarding antibiotics.

2. Defendants' lack of production of documents in response to Plaintiffs' First Set of Request for Production, specifically RFP Nos. 8-22, 24, 27 and 29 that implicate ESI. Plaintiffs served requests for production in February 2023, one year ago. To date, Defendant has not served any document responsive to any of these requests and has not been able to offer a schedule for production.

Plaintiffs are attempting to narrow the disputed the issues before the scheduled conference. At this time, Plaintiffs are awaiting Defendants' amended discovery responses that Defendants were going to serve by February 7, 2024, and awaiting a response from Defendants regarding a stipulation on depositions. If amended discovery responses are not served or a stipulation is not reached regarding depositions, Plaintiffs will notify Defendants of any other disputed issues that Plaintiffs would like to raise with the Court at the scheduled conference.

Consistent with Local Rule 37-1, the parties met and conferred regarding these issues numerous times via telephone over the last year. The most recent telephonic meet and confer occurred on January 25, 2024.

| | |
|---|---|
| DATED: February 9, 2024 | Respectfully submitted, |
| | /s/ *Paige M. Tomaselli* |
| | Paige M. Tomaselli (SBN 237737) |
| | Dylan D. Grimes (SBN 302981) |
| | **GRIME LAW LLP** |
| | 730 Arizona Avenue |
| | Santa Monica, CA 90401 |
| | Telephone: (310) 747-5095 |
| | ptomaselli@grimelaw.com |
| | dgrimes@grimelaw.com |
| | |
| | Gretchen Elsner (*pro hac vice*) |
| | **ELSNER LAW & POLICY, LLC** |
| | 314 South Guadalupe Street, Suite 123 |
| | Santa Fe, NM 87501 |
| | Telephone: (505) 303-0980 |
| | gretchen@elsnerlaw.org |
| | |
| | David F. Sugerman (pro hac vice) |
| | Nadia H. Dahab (pro hac vice) |
| | **SUGERMAN DAHAB** |
| | 707 SW Washington Street, Suite 600 |
| | Portland, OR 97205 |
| | Telephone (503) 228-6474 |
| | david@sugermandahab.com |
| | nadia@sugermandahab.com |
| | |
| | *Attorneys for Plaintiffs* |