**Blaxter | Blackman** LLP

David P. Adams
dadams@blaxterlaw.com
Main: 415.500.7700

601 Montgomery Street
Suite 1110
San Francisco, CA 94111

February 29, 2024

<u>VIA EMAIL AND ECF</u>

Hon. Karen E. Scott
Ronald Reagan Federal Building and United States Courthouse
Courtroom 6D
411 W. Fourth St.
Santa Ana, CA 92701
E-mail: KES_Chambers@cacd.uscourts.gov

Re: <u>*Sara Safari, et al. v. Whole Foods Market Services, Inc., et al.*</u>
<u>Central District of California, Case No. 8:22-CV-01562-JWH-KES</u>

Dear Judge Scott,

Pursuant to the meet and confer call held by defendants Whole Foods Market Services, Inc. ("WFM Services"), Whole Foods Market California, Inc. ("WFM CA"), and Mrs. Gooch's Natural Food Markets, Inc.'s ("Mrs. Gooch's"; collectively "Defendants") and plaintiffs Sara Safari, Peymon Khaghani ("Khaghani"; collectively, "Plaintiffs"), Defendants have agreed to withdraw their confidentiality designations placed on Plaintiffs' Exhibits to Supplemental Letter Brief for Telephonic Conference (ECF Nos. 133-3 and 133-4) which were temporarily sealed from public view pending ruling on Defendants' Motion for Sanctions.

Defendants also write to inform the Court that they will no longer be filing a Motion for Sanctions against Plaintiff, and the Court's telephonic hearing set for March 20, 2024 will no longer be necessary.

Very truly yours,

*/s/ David P. Adams*

David P. Adams for
Blaxter | Blackman LLP

cc: Brian Blackman, Esq.
    J.T. Wells Blaxter, Esq.
    Gretchen Elsner, Esq.
    Nadia H. Dahab, Esq.
    David Sugerman, Esq.
    Paige Tomaselli, Esq.