GRIME LAW LLP
DYLAN D. GRIMES (SBN 302981)
PAIGE M. TOMASELLI (SBN 237737)
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: 310/747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

ELSNER LAW & POLICY, LLC
GRETCHEN ELSNER
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: 505/303-0980
gretchen@elsnerlaw.org

ROBBINS GELLER RUDMAN
 & DOWD LLP
AELISH M. BAIG (201279)
TAEVA C. SHEFLER (291637)
ALAINA L. GILCHRIST (335807)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com
agilchrist@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SARA SAFARI, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, et al.,<br><br>  Defendants. | Case No. 8:22-CV-01562-JWH-KES<br><br>CLASS ACTION<br><br>DECLARATION OF TAEVA C. SHEFLER IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND SECOND AMENDED CLASS ACTION COMPLAINT<br><br>DATE:  October 18, 2024<br>TIME:  9:00 a.m.<br>JUDGE:  Hon. John W. Holcomb<br>CTRM:  9D, 9th Floor |

4890-3165-4372.v1

I, TAEVA C. SHEFLER, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, Counsel of record for Plaintiffs Sara Safari and Peymon Khaghani (collectively, "Plaintiffs") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto. This Declaration is made in support of Plaintiffs' Notice of Motion and Motion for Leave to Amend Second Amended Class Action Complaint.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: [Proposed] Third Amended Class Action Complaint;

Exhibit 2: Redlined Second Amended Class Action Complaint to [Proposed] Third Amended Class Action Complaint;

Exhibit 3: Whole Foods Nov. 17, 2017 Form 10-K;

Exhibit 4: June 15, 2017 Merger Agreement;

Exhibit 5: A screen capture of Whole Foods 365 Ground Beef for sale via Whole Foods Market on Amazon, available at https://a.co/d/ifAVwb7 (last visited Sept. 11, 2024);

Exhibit 6: A screen capture of Bone in Beef Ribeye Steak for sale via Whole Foods on Amazon, available at https://tinyurl.com/hubrmr6b (last visited Sept. 11, 2024);

Exhibit 7: A screen capture of Whole Foods 365 Peppered Beef Jerky for sale via Whole Foods on Amazon, available at https://tinyurl.com/4mauu5fp (last visited Sept. 11, 2024);

Exhibit 8: A screen capture of Whole Foods 365 Organic Hot Dogs for sale via Amazon Fresh, available at https://tinyurl.com/Beef-Hot-Dog (last visited Sept. 4, 2024);

- 1 -

4890-3165-4372.v1

| | | |
|---|---|---|
| Exhibit 9: | | A screen capture of Whole Foods 365 Peppered Beef Jerky for sale via Amazon, available at https://a.co/d/cbTs5Ue (last visited Sept. 4, 2024); |
| Exhibit 10: | | Whole Foods Aug. 23, 2017 Form 8-K; |
| Exhibit 11: | | Whole Foods Market California, Inc.'s Amended Response to Plaintiffs' Second Set of Interrogatories; |
| Exhibit 12: | | Mrs. Gooch's Natural Food Markets, Inc.'s Amended Responses to Plaintiffs' Second Set of Interrogatories; |
| Exhibit 13: | | Whole Foods Market Services, Inc.'s Responses to Plaintiffs' Second Set of Requests for Production; |
| Exhibit 14: | | WFM_064099 (UNDER SEAL); |
| Exhibit 15: | | Excerpts from Sara Shields Deposition; |
| Exhibit 16: | | WFM_026290 (UNDER SEAL); |
| Exhibit 17: | | WFM_104545 (UNDER SEAL); |
| Exhibit 18: | | WFM_020104 (UNDER SEAL); |
| Exhibit 19: | | WFM_034462 (UNDER SEAL); |
| Exhibit 20: | | WFM_062955 (UNDER SEAL); |
| Exhibit 21: | | WFM_000713 (UNDER SEAL); |
| Exhibit 22: | | WFM_059621 (UNDER SEAL); |
| Exhibit 23: | | WFM_064098 (UNDER SEAL); |
| Exhibit 24: | | WFM_001416 (UNDER SEAL); |
| Exhibit 25: | | WFM_012062 (UNDER SEAL); |
| Exhibit 26: | | WFM_041367 (UNDER SEAL); |
| Exhibit 27: | | PLTF003204_Conditions of Use; and |

4890-3165-4372.v1

1     Exhibit 28:  WFM_054345 (UNDER SEAL).

2     I declare under penalty of perjury that the foregoing is true and correct.

3 Executed on September 13, 2024 at San Francisco, California.

4

5                                                  s/ Taeva C. Shefler

6                                              TAEVA C. SHEFLER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4890-3165-4372.v1