| | |
|---|---|
| 1 | BRIAN R. BLACKMAN (SBN 196996) |
| | bblackman@blaxterlaw.com |
| 2 | J.T. WELLS BLAXTER (SBN 190222) |
| | wblaxter@blaxterlaw.com |
| 3 | DAVID P. ADAMS (SBN 312003) |
| | dadams@blaxterlaw.com |
| 4 | BLAXTER | BLACKMAN LLP |
| | 601 Montgomery Street, Suite 1110 |
| 5 | San Francisco, California 94111 |
| | Telephone: (415) 500-7700 |
| 6 | |
| 7 | Attorneys for defendants WHOLE FOODS MARKET SERVICES, INC.; |
| 8 | WHOLE FOODS MARKET CALIFORNIA, INC.; and MRS. GOOCH'S NATURAL FOOD |
| 9 | MARKETS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>Defendants. | Case No. 8:22-CV-01562-JWH (KESx)<br><br>**DECLARATION OF RICHARD ATKIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date:      October 18, 2024<br>Time:     9:00 AM<br>Place:    411 West Fourth Street<br>           Courtroom 9D, 9th Floor<br>           Santa Ana, California 92701<br><br>The Honorable John W. Holcomb<br><br>Complaint Filed:   August 23, 2022<br>Discovery Cutoff:  Not Set<br>Pretrial-Conference: Not Set<br>Trial Date:        Not Set |

[REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

I, Richard Atkin, declare:

1. I was a member of the Global Meat Supplier Quality Assurance team at Whole Foods Market Services, Inc. ("WFM Services") from 2008 until my departure in 2022. I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would testify competently to the truth of these matters.

2. In my role on the Global Meat Supplier Quality Assurance team, I was responsible for, among other things, assisting with the development and buildup of the supply chain that supplied meat products to the Whole Foods Market stores by addressing food safety, quality assurance, animal welfare and traceability from the supplier side of the meat supply chain. As part of my job responsibilities, I worked to develop and implement the standards applicable to beef suppliers seeking to have their products sold at Whole Foods Market stores, as well as the onboarding and vetting procedures applicable to those meat suppliers. These quality standards and onboarding and vetting procedures (referred to collectively as the "Meat Assurance Program") were developed incrementally over time and evolved over my tenure at Whole Foods Market. That said, the Meat Assurance Program and related standards have always prohibited the use of antibiotics on animals sold to Whole Foods Market. Sick animals must receive treatment as needed, but antibiotic-treated animals must not be sold to Whole Foods Market.

3. Under the Meat Assurance Program, beef suppliers were required ▮ ▮ ▮ One such requirement was that the supplier's products meet Whole Foods Market's "No Antibiotics Ever" standard. Beef suppliers would demonstrate their compliance with the Meat Assurance Program through their ▮ ▮

-1-

1  ███████████████████████████████ One of my responsibilities on the Global Meat
2  Supplier Quality Assurance team was reviewing and approving supplier applications
3  and renewals.

4      4.    After Amazon acquired Whole Foods Market in 2017, Amazon neither
5  directed Whole Foods Market to change its Meat Assurance Program nor assumed
6  supervision or administration of the program.  Whole Foods Market continued to
7  run its Meat Assurance Program the same way it had prior to Amazon's acquisition.
8  Amazon did, however, lean on Whole Foods Market's expertise to help develop its
9  own quality assurance and onboarding program for meat sold under the Amazon
10 private label.  As part of this process, ███████████████████████████████
   ██████████████████████████ The Amazon Meat Standard document ██
   ████████████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████████
14 Drafts of this document are attached as **Exhibit 14** (ECF No. 164-14) and **Exhibit**
15 **16** (ECF No. 164-16) (referred to collectively as the "Amazon Meat Standard
16 Document") to the Declaration of Taeva Shefler in Support of Plaintiffs' Motion to
17 Amend Second Amended Class Action Complaint (the "Shefler Declaration"), filed
18 as ECF No. 164. ██████████████████████████████████████████
   ████████████████████████████████████████

20     5.    While the Amazon Meat Standard Document might someday nominally
21 apply to Whole Foods Market, it did not, and was never intended to, supersede or
22 replace Whole Foods Market's own Meat Assurance Program and related standards,
23 which remained under the control and administration of Whole Foods Market when
24 I left in 2022 and still applied to all beef sold to Whole Foods Market.  The fact that
25 Amazon conformed to Whole Foods Market's standards, and not the other way
26 around, is evidenced by ██████████████████████████████████████
   ████████████████████████████████████████████████████████████████

28

-2-

Case No. 8:22-CV-01562-JWH (KESx)
ATKIN DECL. ISO DEFENDANTS' OPPO TO
PLAINTIFFS' MTN FOR LEAVE TO AMEND

▮ ▮ ▮ Ex. 14, p.1; Ex. 16, p.1 (emphasis added). ▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at no point did Amazon exert control over Whole Foods Market's Meat Assurance Program. Ex. 14, p.5; Ex. 16, p.6.

6. I described my work on coordinating Whole Foods Market and Amazon's meat standards in a January 31, 2022, email to my former colleague Carol Medeiros in which I included a chart laying out the animal welfare projects I was engaged in at the time. That email is attached to the Shefler Declaration as **Exhibit 22** (ECF No. 164-16). My summary of this project is set forth on WFM_059626. This entry in the chart demonstrates that Amazon was not controlling Whole Foods Market's Meat Assurance Program. Rather, the companies were simply working ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *See* Ex. 22, at WFM 059626 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. Whole Foods Market also worked to educate Amazon generally regarding Whole Foods Market's Meat Assurance Program and the meat supply chain. This effort involved both myself, and my former colleagues, Theo Weening and Beau Klose, with whom I worked closely during my time at Whole Foods Market. In this process, I was involved in explaining ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1  ▮▮▮

2  ▮▮▮

3  ▮▮▮

4  An email between Theo Weening, Beau Klose, and various Amazon personnel discussing these issues is attached as **Exhibit 17** (ECF NO. 164-16) to the Shefler Declaration. While I am not copied on this email, I am familiar with the initiatives and issues discussed in this email, and the respective positions of Amazon and Whole Foods Market with regards to these issues, from my work and time at Whole Foods Market.

8. After Amazon's acquisition of Whole Foods Market, Amazon did not have a role in reviewing or approving supplier applications submitted to Whole Foods Market under the Meat Assurance Program. ▮▮▮ For instance, in an August 5, 2019 email, ▮▮▮ A copy of this email is attached as **Exhibit 19** (ECF No. 164-16) to the Shefler Declaration. The first email in the chain contained in Exhibit 19, however, ▮▮▮ *See* Exhibit 19. In such instances, ▮▮▮

9. ▮▮▮

██████████████████████████████████████████████████████████████████████████ I have reviewed **Exhibit 20** (ECF No. 164-16) to the Shefler Declaration and believe this exhibit represents one such instance.

10. In a few cases, ████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████ For instance, in 2019 and 2020, a producer sought to ████████████████████████████████████████ An email chain related to this application is attached as **Exhibit 18** (ECF No. 164-16) to the Shefler Declaration. In this instance, Whole Foods Market determined it would only allow the producer to ████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct. Executed this 26th day of September 2024, in Duluth, Georgia.

_____
RICHARD ATKIN