GRIME LAW LLP
DYLAN D. GRIMES (SBN 302981)
PAIGE M. TOMASELLI (SBN 237737)
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: 310/747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

ELSNER LAW & POLICY, LLC
GRETCHEN ELSNER
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: 505/303-0980
gretchen@elsnerlaw.org

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG (201279)
TAEVA C. SHEFLER (291637)
ALAINA L. GILCHRIST (335807)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com
agilchrist@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SARA SAFARI, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br> vs.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, et al.,<br><br>        Defendants. | Case No. 8:22-CV-01562-JWH-KES<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF TAEVA C. SHEFLER IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND SECOND AMENDED CLASS ACTION COMPLAINT<br><br>DATE: October 18, 2024<br>TIME: 9:00 a.m.<br>JUDGE: Hon. John W. Holcomb<br>CTRM: 9D, 9th Floor |

4875-2712-1132.v1

I, TAEVA C. SHEFLER, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, Counsel of record for Plaintiffs Sara Safari and Peymon Khaghani (collectively, "Plaintiffs") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto. This Declaration is made in support of Plaintiffs' Reply in Support of Motion for Leave to Amend Second Amended Class Action Complaint.

2. Attached are true and correct copies of the following exhibit(s):

Exhibit 29: Amazon's Combined Objections to Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; and

Exhibit 30: Whole Foods Market Services, Inc.'s Responses to Plaintiffs' Third Set of Requests for Production.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2024 at San Francisco, California.

                                              s/ Taeva C. Shefler
                                              TAEVA C. SHEFLER

4875-2712-1132.v1