GRIME LAW LLP
DYLAN D. GRIMES (SBN 302981)
PAIGE M. TOMASELLI (SBN 237737)
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: 310/747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

ELSNER LAW & POLICY, LLC
GRETCHEN ELSNER
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: 505/303-0980
gretchen@elsnerlaw.org

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG (201279)
TAEVA C. SHEFLER (291637)
ALAINA L. GILCHRIST (335807)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com
agilchrist@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SARA SAFARI, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No. 8:22-CV-01562-JWH-KES<br><br><u>CLASS ACTION</u><br><br>CERTIFICATE OF SERVICE |

4876-0587-9278.v1

# CERTIFICATE OF SERVICE

I, Rachael Acosta, not a party to the within action, hereby declare that on October 9, 2024, I caused to be served the following document:

- [UNREDACTED] Reply in Support of Plaintiffs' Motion for Leave to Amend Second Amended Class Action Complaint, ECF 194 (originally filed as ECF 190-1)

The foregoing document was served by email on the parties to the within action addressed as follows:

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

| GRIME LAW LLP | |
|---|---|
| Paige M. Tomaselli | ptomaselli@grimelaw.com |
| Dylan D. Grimes | dgrimes@grimelaw.com |

| ELSNER LAW & POLICY, LLC | |
|---|---|
| Gretchen Elsner (phv) | gretchen@elsnerlaw.org |

**COUNSEL FOR DEFENDANTS:**

| Blaxter Blackerman LLP | |
|---|---|
| Brian R. Blackman | bblackman@blaxterlaw.com |
| J.T. Wells Blaxter | wblaxter@blaxterlaw.com |
| David Adams | dadams@blaxterlaw.com |
| Emma Hart | ehart@blaxterlaw.com |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2024, at San Francisco, California.

_____
RACHAEL ACOSTA

4876-0587-9278.v1