# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01562-JWH-KESx                              Date: October 15, 2024

Title: SARA SAFARI, et al. v. WHOLE FOODS MARKET, INC.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| K. Hopkins for Jazmin Dorado | CS 10/15/24 |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Gretchen Elsner | David Adams |
| Paige Tomaselli | |

**PROCEEDINGS:**                    **Hearing re Discovery Motions (Dkts. 170 and 173)**

Case is called. Counsel state their appearances. Oral arguments are heard. Plaintiff presents a USDA article during oral argument, attached hereto for reference, and a chart (Bates number WFM_000001), marked confidential and not attached. Plaintiff also presents Dkt. Nos. 130, 170-4, 170-22, 170-23, 170-24, and 170-25 in support of argument. The Court rules on the motions as stated on the record.

01 : 32

MINUTES FORM 11                                           Initials of Deputy Clerk kh
CIVIL-GEN



U.S. DEPARTMENT OF AGRICULTURE

# USDA Releases Updated Guideline to Strengthen Substantiation of Animal-Raising and Environment-Related Claims on Meat and Poultry Labels

**Press Release**
Release No. 0164.24

**Contact:** USDA Press
**Email:** press@usda.gov

**WASHINGTON, August 28, 2024** – The U.S. Department of Agriculture (USDA) announced today the availability of an updated guideline that makes recommendations to strengthen the documentation that supports animal-raising or environment-related claims on meat or poultry product labeling. Today's action builds on the significant work USDA has already undertaken to protect consumers from false and misleading labels and to implement President Biden's Executive Order on Promoting Competition in the American economy.

"USDA continues to deliver on its commitment to fairness and choice for both farmers and consumers, and that means supporting transparency and high-quality standards," said Agriculture Secretary Tom Vilsack. "These updates will help to level the playing field for businesses who are truthfully using these claims and ensure people can trust the labels when they purchase meat and poultry products."

Case 8:22-cv-01562-JWH-KES   Document 196   Filed 10/15/24   Page 3 of 3   Page ID
#:5245

10/12/24, 9:10 PM   USDA Releases Updated Guideline to Strengthen Substantiation of Animal-Raising and Environment-Related Claims on Meat and Poultry Label…

establishments found to be making false or misleading negative antibiotic claims. Additionally, FSIS has informed the establishments with positive results from the ARS-FSIS study and advised them to conduct a root cause analysis and implement corrective actions. FSIS has also advised these establishments to determine how antibiotics were introduced into the animal and to take appropriate measures to ensure that future products are not misbranded. Further information on the study can be found in the Federal Register Notice announcing the availability of the updated guideline.

FSIS and ARS will be publishing a peer-reviewed paper with complete results from the study in the near future. The study findings underscore the need for more rigorous substantiation of such claims. These sampling results may lead to additional testing by the agency. FSIS has the authority to collect samples any time it believes a product is mislabeled with any claim covered by the guidance. Moreover, FSIS may consider future additional actions, including random sampling and rulemaking, to further strengthen the substantiation of animal-raising and environment-related claims.

USDA is committed to ongoing stakeholder engagement. For more information, please view the Federal Register notice. The updated guideline will be open for public comment for 60 days after publishing in the Federal Register.

USDA touches the lives of all Americans each day in so many positive ways. In the Biden-Harris Administration, USDA is transforming America's food system with a greater focus on more resilient local and regional food production, fairer markets for all producers, ensuring access to safe, healthy, and nutritious food in all communities, building new markets and streams of income for farmers and producers using climate smart food and forestry practices, making historic investments in infrastructure and clean energy capabilities in rural America, and committing to equity across the Department by removing systemic barriers and building a workforce more representative of America. To learn more, visit www.usda.gov.

\#

USDA is an equal opportunity provider, employer, and lender.