| | |
|---|---|
| Paige M. Tomaselli (SBN 237737)<br>Dylan D. Grimes (SBN 302981)<br>**GRIME LAW LLP**<br>730 Arizona Avenue<br>Santa Monica, CA 90401<br>Telephone: (310) 747-5095<br>ptomaselli@grimelaw.com<br>dgrimes@grimelaw.com<br><br>Gretchen Elsner (*pro hac vice*)<br>**ELSNER LAW & POLICY, LLC**<br>314 South Guadalupe Street, Suite 123<br>Santa Fe, NM 87501<br>Telephone: (505) 303-0980<br>gretchen@elsnerlaw.org | Aelish M. Baig (201279)<br>Taeva C. Shefler (291637)<br>Alaina L. Gilchrist (335807)<br>**ROBBINS GELLER RUDMAN<br>& DOWD LLP**<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 288-4545<br>aelishb@rgrdlaw.com<br>tshefler@rgrdlaw.com<br>agilchrist@rgrdlaw.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>                Plaintiffs,<br><br>        v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC., doing business as Whole Foods Market, a California Corporation,<br><br>                Defendants. | Case No. 8:22-CV-01562-JWH (KESx)<br><br>**NOTICE OF DISCOVERY MOTION AND TELEPHONIC CONFERENCE**<br><br>Date:    November 15, 2024<br>Time:   11:30 a.m.<br>Place:   Telephonic<br><br>The Honorable Karen E. Scott<br><br>Complaint Filed:            August 23, 2022<br>Discovery Cutoff:          Not Set<br>Pretrial-Conference:     Not Set<br>Trial Date:                      Not Set |

Plaintiffs Peymon Khaghani and Sara Safari give notice that The Honorable Karen E. Scott will hold an informal telephonic discovery conference on Friday, November 15, 2024 at 11:30 a.m. The Court's call-in number is 714-475-3442, conference ID: 977 002 74#. Letter briefs are due to the Court Thursday, November 14, 2024, by 11:30 a.m.

The discovery at issue since the Court's October 15 oral ruling:

1. **RFP No. 31**: a data dictionary defining terms in Defendants' spreadsheets. Defendants produced a nearly entirely-redacted spreadsheet and have produced nothing else responsive.

2. **RFP No. 32**: personnel charts. Defendants have produced no responsive documents and contend that personnel charts that show chain of command do not exist.

3. **RFP No. 33**: the acronyms Defendants append to their email addresses. Defendants have produced no responsive documents and contend that an acronym list specific to email addresses does not exist.

4. **RFPs Nos. 29 and 38**: consumer survey data. Defendants produced one survey and contend that they cannot find documents related to other surveys, even the surveys posted on Defendants' website.

Consistent with Local Rule 37-1, the parties met and conferred regarding these requests numerous times via telephone over the last year. The most recent telephonic meet and confer occurred on November 1, 2024.

DATED: November 5, 2024                    Respectfully submitted,

/s/ *Paige M. Tomaselli*
Paige M. Tomaselli (SBN 237737)
Dylan D. Grimes (SBN 302981)
**GRIME LAW LLP**
730 Arizona Avenue

|   |   |
|---|---|
| 1 | Santa Monica, CA 90401 |
| 2 | Telephone: (310) 747-5095 |
|   | ptomaselli@grimelaw.com |
| 3 | dgrimes@grimelaw.com |
| 4 |   |
|   | Gretchen Elsner (*pro hac vice*) |
| 5 | **ELSNER LAW & POLICY, LLC** |
|   | 314 South Guadalupe Street, Suite 123 |
| 6 | Santa Fe, NM 87501 |
| 7 | Telephone: (505) 303-0980 |
|   | gretchen@elsnerlaw.org |
| 8 |   |
| 9 | Aelish M. Baig (201279) |
|   | Taeva C. Shefler (291637) |
| 10 | Alaina L. Gilchrist (335807) |
| 11 | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 12 | Post Montgomery Center |
| 13 | One Montgomery Street, Suite 1800 |
|   | San Francisco, CA  94104 |
| 14 | Telephone: (415) 288-4545 |
| 15 | aelishb@rgrdlaw.com |
|   | tshefler@rgrdlaw.com |
| 16 | agilchrist@rgrdlaw.com |
| 17 |   |
|   | *Attorneys for Plaintiffs* |
| 18 |   |