**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SARA SAFARI, PEYMON KHAGHANI, on behalf of themselves and all others similarly situated, and FARM FORWARD, on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation, MRS. GOOCH'S NATURAL FOOD MARKETS, INC. doing business as Whole Foods Market, a California Corporation,<br><br>Defendants. | Case No. 8:22-cv-01562-JWH-KES<br><br>**ORDER DENYING DEFENDANTS' MOTION TO LIMIT DISCOVERY**<br><br>The Honorable Karen E. Scott |

This Matter came before the Court on Defendants' Motion to Limit Discovery (ECF Nos. 170, 171). The Court held oral argument on October 15, 2024, attended by Elsner Law & Policy (Gretchen Elsner) and Grime Law (Paige M. Tomaselli) on behalf of Plaintiffs and Blaxter Blackman (David P. Adams) on behalf of Defendants.

The Court DENIES Defendants' Motion on two bases:

1. Defendants lack standing to challenge subpoenas to third parties. The effect of what Defendants are asking the Court to do would essentially be to quash the subpoenas to third parties.

2. Regarding relevant beef products as defined in this Court's prior Order (ECF No. 130), Plaintiffs have met their burden to satisfy the first prong of that definition, which is beef products purchased by Plaintiffs, as to Eel River Organic Beef.

Therefore, based on the briefing and oral argument of counsel, Defendants' Motion to Limit Discovery is DENIED.

Dated: November 6, 2024

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE