GRIME LAW LLP
DYLAN D. GRIMES (SBN 302981)
PAIGE M. TOMASELLI (SBN 237737)
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: 310/747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

ELSNER LAW & POLICY, LLC
GRETCHEN ELSNER
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: 505/303-0980
gretchen@elsnerlaw.org

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG (201279)
TAEVA C. SHEFLER (291637)
ALAINA L. GILCHRIST (335807)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com
agilchrist@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SARA SAFARI, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, et al.,<br><br>                              Defendants. | Case No. 8:22-CV-01562-JWH-KES<br><br>CLASS ACTION<br><br>DECLARATION OF PEYMON KHAGHANI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

I, Peymon Khaghani, declare:

1.     I am an adult citizen, and I am a named plaintiff in this action.  I have resided in California since 1998.  The matters set forth in this declaration are true and correct and within my personal knowledge.  If called to testify, I could and would competently testify thereto.

2.     I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3.     Between 2018 and the present, I regularly purchased a variety of beef products from Whole Foods, both in store and online. The online purchases included Whole Foods branded beef from Amazon Fresh. I purchased groceries from the Whole Foods' store page on the Amazon mobile app and on the Prime Now app. To the best of my recollection, my purchases from the Whole Foods' store page on the Amazon mobile app and on the Prime Now app included Whole Foods beef. The beef I purchased included, among others, ground beef, ribeye steak, New York steak, skirt steak, filet mignon steak, and Jerky Beef Teriyaki Organic. I purchased from the Whole Foods butcher counter, as well as pre-packaged and vac- and plastic-wrapped meat products from the refrigerator case. I also purchased items from the prepared food section of Whole Foods, such as beef meatballs and Mongolian beef, as well as roast beef sandwiches from the deli.

4.     I purchased Whole Foods beef products at retail stores, including its store located at 2847 Park Avenue in Tustin, California and Amazon Fresh store located at 13672 Jamboree Rd, Irvine, California from approximately June 2020 to June 2022.  In spring 2020 and before, I purchased Whole Foods beef products from stores located at 450 Rhode Island Street in San Francisco, 2001 Market Street in San Francisco, and 20955 Stevens Creek Boulevard in Cupertino, California.

5.     Prior to my deposition in this case, I produced credit card statements to Whole Foods that showed grocery purchases at Whole Foods in California during the Class Period.  Examples of these credit card statements are bates stamped

1   PLTF1715, 1727, 1735, 1739 and 1756. Like most consumers, I do not save paper

2   grocery purchase receipts. In addition to the credit card transactions, I made other

3   Whole Foods beef product purchases in California from 2010 forward and during

4   the Class Period.

5           6.      Products I purchased between 2018 and the present, such as the ground

6   beef, were marketed with Whole Foods' "no antibiotics, ever" and "no antibiotics or

7   added growth hormones, ever" representation.  There were representations in stores,

8   online (including the Whole Foods' store page on the Amazon mobile app, on the

9   Amazon Fresh online grocery shopping section and on the Prime Now app), in

10  marketing emails, and on the beef products' packaging that made promises such as

11  "our meat department requires animal welfare certified beef, pork, chicken and

12  turkey. No added hormones or antibiotics ever," "How animals are raised matters,"

13  "Committed to transparency and traceability to farm or ranch," "Base-level

14  certification requires: 100+ animal welfare standards," "every farm and ranch

15  audited and certified," "Raised to our standards," "Standards that aren't standards

16  anywhere else," "Shop our animal welfare rated meats (no antibiotics, ever, steaks

17  to ribs), sustainable wild-caught seafood and low price organic produce," and "Love

18  what's in every bite, and what isn't."  The signage also contained the Global Animal

19  Partnership logo.

20          7.      The Whole Foods stores and online platforms from which I purchased

21  Whole Foods beef products also had signs and statements that the products sold at

22  those locations met the "no antibiotics, ever" standard. I took photos of the signs that

23  I saw in the stores where I shopped during the Class Period. During my deposition,

24  Whole Foods' attorney presented me with the photos I took in several different

25  Whole Foods stores and I answered questions on Whole Foods' meat marketing. The

26  documents that became deposition exhibits are attached to this declaration as Ex. A.

27          (a)     Exs. 12 and 14 to my deposition are photos that I took in Whole

28  Foods' Cupertino store.

1        (b)    Ex. 15 to my deposition are photos I took in Whole Foods' Tustin

2  Store.

3        (c)    Ex. 17 to my deposition is a photo I took at Whole Foods' San

4  Francisco, Market Street location.

5        (d)    Ex. 18 to my deposition are photos I took at Whole Foods' San

6  Francisco, Rhode Island Avenue location.

7        (e)    Ex. 19 to my deposition are photos I took at Whole Foods' San

8  Francisco, Rhode Island Avenue location. These photos were taken in the hallway

9  to the restroom.

10      8.    Whole Foods also marketed "no antibiotics, ever" beef to me via its

11  direct to consumer email marketing. During my deposition, Whole Foods' attorney

12  presented me with three examples, which are attached here as Ex A:

13        (a)    Ex. 21 to my deposition is dated December 8, 2018 and

14  advertises prime rib "raised with no antibiotics, ever and no added growth

15  hormones..." This marketing email says "Log into your Amazon account to change

16  your email preferences. . . ."

17        (b)    Ex. 22 to my deposition is dated July 3, 2019 and says "shop our

18  animal welfare rated meats (no antibiotics, ever, steaks to ribs). . . ." This marketing

19  email says, "Spend $10 at Whole Foods, Get $10 on Amazon for Prime Day" and

20  features deals at Whole Foods for Amazon Prime Members.

21        (c)    Ex. 23 to my deposition is dated May 20, 2020 and references

22  "animal welfare certified meat," beef kabobs, beef hot dogs and states "Traceable to

23  farm or ranch. No antibiotics, ever." This marketing email also instructs me that I

24  can log into my Amazon account to change my Whole Foods marketing emails.

25      9.    When I viewed each of the representations identified in ¶¶3-8 above

26  that Whole Foods made in stores and on its online platforms, which were important

27  to me in making my Whole Foods beef product purchases, and on which I relied in

28  purchasing the products, I believed the cattle that became Whole Foods beef

products were raised with high welfare ranching and farming techniques, and in sanitary and spacious conditions that do not necessitate antibiotic use. I also believed antibiotics were never administered or fed to cattle that became beef products for sale at Whole Foods and therefore that beef raised according to Whole Foods' standards did not contribute to the development of antibiotic-resistant bacteria. I further believed beef raised according to Whole Foods' standards did not have any antibiotic residues of any kind in the animals' urine or meat. Additionally, I believed Whole Foods' global representations about its meat supply chain were not specific or limited to any product, supplier, brand, certification, department, or section of the store or online. I believed the "no antibiotics, ever" promise applied to every product supplier, brand, certification, department, or section of the store or online. I also believed, in representing the products as "no antibiotics, ever," Whole Foods was able to determine the sources of the beef in its beef products I bought because, without that ability, Whole Foods could not have any bases to make these types of representations about the nature of its beef sourcing for its beef products. I believed Whole Foods verified this promise to consumers and, if the beef did not meet Whole Foods' standards, Whole Foods would not sell the beef.

10. Choosing "raised without antibiotics" meat is important to me because I do not want to fund or support a farming model that uses antibiotics as part of raising the animals in crowded, unsanitary conditions. I also do not want to fund or support a farming model that contributes to the rise of antibiotic-resistant bacteria.

11. I observed that I paid between $6 and $7 more per pound when purchasing beef at Whole Foods compared to other stores where I saw beef available for sale. I paid more at Whole Foods because I believed the advertised products were never given antibiotics, the products were of a higher quality, the animals were raised in higher welfare conditions, and the products therefore cost more to produce. For example, I believed Whole Foods' beef was monitored and produced in environments that eliminate the need for use of antibiotics, and those animals were

never administered antibiotics because of those more spacious and sanitary environments.

12. I now understand the cattle in Whole Foods' beef supply chain were treated with antibiotics. I believe the representations on Whole Foods' product packaging, in stores, and online that its beef is "no antibiotics, ever" is deceptive.

13. I would not have bought the Whole Foods beef products labeled with any of the representations set forth in ¶¶3-7 above, had I known the cattle were administered antibiotics. While I had previously been a dedicated Whole Foods shopper for beef, which I loved to purchase and consume, I can no longer purchase Whole Foods beef products labeled in this manner that deceives the public about the true nature of Whole Foods' beef products.

14. I would like to buy Whole Foods beef products in the future if and when they are ever produced as advertised by Whole Foods. Based on my experience to date, I feel I can no longer rely on the accuracy of the representations Whole Foods has had on its beef products.

15. One of my primary goals in bringing this lawsuit is to stop Whole Foods from making what I believe to be deceptive and unlawful representations on its beef product packaging.

16. I understand that, as a Class representative, I have a fiduciary duty to act in the best interests of the Class. Although my primary purpose in bringing this lawsuit is to change Whole Foods' practices, I believe I and other Whole Foods beef product purchasers during the applicable time frame should receive our money back for our purchases due to the deceptive representations on the beef product packaging, in stores, and online; and I seek such relief on my and their behalf, among all other available relief.

17. I have not received any payment or compensation for acting as a representative of the Class and have not been promised any payment or compensation for so doing.

18.     I am not aware of any unique legal and/or factual issues that might be litigated on my behalf in order to establish the liability of Whole Foods in this action.

19.     To my knowledge, there are no conflicts between my interests and the interests of the other members of the Class that would affect my ability to serve as a representative of the Class in this action.

20.     I continue to vigorously pursue all claims that have been raised in the Second Amended Complaint (or in the proposed Third Amended Class Action Complaint) in this lawsuit on behalf of all similarly situated persons and intend to continue to take an active role in this litigation as counsel and I determine is appropriate.

21.     In pursuit of my claims brought on behalf of all similarly situated persons, I have already worked with my attorneys to develop the claims; and I have spent a substantial amount of time responding to requests for production of documents and two sets of interrogatories, searching for responsive documents, preparing for and appearing at my deposition, and keeping apprised of the litigation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this  4th  day of December 2024, at Cupertino, _____ California.

_____

Peymon Khaghani (Dec 4, 2024 16:46 PST)

PEYMON KHAGHANI

# EXHIBIT A



EXHIBIT 12
Deponent: PEYMON KHAGHANI
Date: 5-28-24
Susan Magee CSR No. 11561

PLTF002898

PLTF00



PLTF002900



PLTF002901



PLTF002902

EXHIBIT 14

Deponent:
PEYMON KHAGHANI
Date: 5-28-24

Susan Magas CSR No. 11461

PLTF002905



EXHIBIT 15
Deponent:
PEYMON KHAGHANI
Date: 5-28-24
Susan Magee CSR No. 11661

PLTF002916

PLTF002915



EXHIBIT 17
Deponent:
PEYMON KHAGHANI
Date: 5-28-24
Susan Magee CSR No. 11681



PLTF002935



EXHIBIT    18
Deponent:
PEYMON KHAGHANI
Date: 5-28-24
Susan Meyer CSR No. 11661



PLTF002934



PLTF002929



PLTF002930



PLTF002931



PLTF002932



PLTF002933

EXHIBIT 19
Deponent:
PEYMON KHAGHANI
Date: 5-28-24
Susan Magel CSR No. 11681

PLTF002936



PLTF002937



From: **Whole Foods Market** wholefoodsmarket@mail.wholefoodsmarket.com
Subject: **Don't Wait! Order Your Perfect Holiday Dinner Today**
Date: **December 8, 2018 at 8:28 AM**
To: **peymon971@gmail.com**

And by Perfect, We Mean Prime Rib >

# WHŌLE FOODS MARKET



## Order a holiday prime rib feast.
### A gift for you as much as them.

You've got plenty to worry about in the next few weeks (Where in the heck did you store that wrapping paper?). Check one thing off your list and take care of the holiday feast. Order a decadent meal featuring prime rib (raised with no antibiotics ever and no added growth hormones) and co-starring maple-roasted Brussels sprouts, creamy fingerling potatoes and more – it's the only kind of spread that will do for such a festive occasion. P.S. The wrapping paper is hiding behind the vacuum.

**PLTF000591**

EXHIBIT **21**
Deponent:
**PEYMON KHAGHANI**
Date: 5-28-24
Susan Magee CSR No. 11661

Order now

## More for Holiday Celebrating (a.k.a. Eating)







**Complete
Holiday Meals**

**Appetizers &
Party Platters**

**Desserts**

Sales □□□Shop Online□□□□Gift Cards

 □  □  □  □  □ ▶

Log in to your Amazon account to change your email preferences or unsubscribe here.

This email was sent to peymon971@gmail.com. To ensure that you continue receiving our emails,
please add us to your address book or safe list.

© 2018 Whole Foods Market IP, L.P.
550 Bowie Street, Austin, Texas 78703-4644

Privacy Notice□□Conditions of Use

**PLTF000592**

**From:** **Whole Foods Market** wholefoodsmarket@mail.wholefoodsmarket.com
**Subject:** Prime Members: Your Happiest Fourth Deals
**Date:** July 3, 2019 at 12:13 PM
**To:** peymon971@gmail.com

+ Spend $10 at Whole Foods, Get $10 on Amazon for Prime Day >

# WHŎLE FOODS MARKET



There's only one way to do the Fourth.

Grill everything.

**PLTF000392**

**EXHIBIT** **22**
Deponent:
**PEYMON KHAGHANI**
Date: 5-28-24

Susan Magee CSR No. 11661

Grilling: the only time when a little burnt is a good thing. Key words "a little." We got you. First, shop our animal welfare rated meats (no antibiotics, ever, steaks to ribs), sustainable wild-caught seafood and low-priced fresh organic produce. Then get all the tips and tricks straight from our experts on how to dominate the grill this Fourth of July.

Become the grill master



**Spend $10 at Whole Foods now, get $10 on Amazon for Prime Day.\*\***

We're celebrating Prime members!

**Learn More**

prime    **This Week's Featured Deals for Prime Members**

Your Store: **Potrero Hill**
Address: **450 Rhode Island St, San Francisco, California 94107**


A special offer
**Spend $10 at Whole Foods, get**


Waterloo
**Sparkling Water\***
12 pk/12 fl oz


Harmless Harvest
**Coconut Water\***
**35% off**


Animal Welfare Rated
**Plain, Marinated and Seasoned Baby**

**PLTF000393**

**$10 on Amazon***
**Just for prime day!**
for prime members

**2 for $7**
Regular $6.49 ea

Regular $2.79 - $9.99

**Back Ribs***
**$5.99/lb**
Regular $10.99/lb


**Organic Red Cherries***
**$3.99/lb**
Regular $6.99/lb


**Organic Heirloom Tomatoes***
**$3.49/lb**
Regular $4.99/lb


**Reusable Water Bottles and Accessories***
**30% off**
Regular $0.69 - $129.00


Tate's Bake Shop **Cookies***
7 oz
**2 for $7**
Regular $5.99 ea


Late July
**Organic Restaurant Style Tortilla Chips***
11 oz
**2 for $5**
Regular $3.99 ea


Animal Welfare Rated
**Marinated and Plain Chicken Breast Kabobs***
**$5.99/lb**
Regular $10.99/lb


**Organic Blueberries***
18-oz pkg
**$4.49 ea**
Regular $6.99 ea


**Organic Blackberries***
12-oz pkg
**$3.99 ea**
Regular $6.99 ea

See all Prime Deals

*"Alexa, what are my Whole Foods deals?"*



# Forgot the buns?

Free 2-hour delivery

PLTF000394



free 2-hour delivery with Prime Now.

**Get it delivered**

# How to Build a
# Tomato Grazing Platter



prime
**Member Deal**

## Organic Heirloom Tomatoes*

# $3.49 lb





Build yours

PLTF000395

**From:** Whole Foods Market wholefoodsmarket@mail.wholefoodsmarket.com
**Subject:** Save on Kabobs & Sweet Corn — Then Take It to the Grill
**Date:** May 20, 2020 at 5:48 PM
**To:** peymon971@gmail.com

*Plus, Our Top 5 Tips for Lighter Grilling >*

# WHÕLE FOODS MARKET



# Welcome to grill season.
## Save on produce, Animal Welfare Certified meat and more.

## This Week's Featured Sales

EXHIBIT 23
Deponent:
PEYMON KHAGHANI
Date: 5-28-24
Susan Magee CSR No. 11661

Your Store: **Potrero Hill**

Address: **450 Rhode Island St, San Francisco, California 94107**

   

Animal Welfare Certified    Animal Welfare Certified    Applegate Organics

**Marinated Chicken Breast Kabobs***

**$5.99/lb**

Regular $9.99/lb

**Marinated Beef Kabobs***

**$7.99/lb**

Regular $10.99/lb

**Grass-Fed Beef Hot Dogs***

14 oz

**$5.99 ea**

Regular $7.99 ea

**Sweet Vidalia Onions***

**$0.99/lb**

Regular $1.29/lb

   

Organic    Organic

**Apricots***

**$2.99/lb**

Regular $3.99/lb

**Green D' Anjou Pears***

**$1.99/lb**

Regular $2.49/lb

**Mini Seedless Watermelon***

**$3.49 ea**

Regular $4.99 ea

**Gold Nugget Mandarins***

3-lb bag

**$3.99 ea**

Regular $4.99 ea

**See all sales**



HOT TAKE



# Our top 5 ways to lighten up grilling.

Fire up your cooking routine with top tips for a fresher take on grilling. With veggie-topped burgers and colorful sides, you'll defend your title as the heavyweight champ of char yet again.

**Get the tips**



# Better meat means way better BBQ.

Traceable to farm or ranch. No antibiotics, ever. All the meat in our Meat department is the grill's #1 choice. Learn more >

**SEE SALES**     **SHOP ONLINE**     **GIFT CARDS**

PLTF000348

    

*Valid 5/20 – 5/26/20 unless otherwise stated. Offers shown are specific to the store listed in this email. Click here to select a different store and see offers available at the selected store. Check the Whole Foods Market app and your local store for availability. While supplies last. Quantities limited. Quantity limits apply. No rain checks except where required by law. Limitations – Animal Welfare Certified Marinated Chicken Breast Kabobs: Excludes cooked. Animal Welfare Certified Marinated Beef Kabobs: Excludes cooked. Applegate Organics Grass-Fed Beef Hot Dogs: (14 oz). Excludes 10 oz package. Sweet Vidalia Onions: Excludes organic. Apricots: Excludes organic. Gold Nugget Mandarins: (3-lb bag).

Log in to your Amazon account to change your email preferences. To stop receiving marketing emails from Whole Foods Market, unsubscribe here.

This email was sent to peymon971@gmail.com. To ensure that you continue receiving our emails, please add us to your address book or safe list.

© 2020 Whole Foods Market IP, L.P.
550 Bowie Street, Austin, Texas 78703-4644

Privacy Notice   Conditions of Use

