GRIME LAW LLP
DYLAN D. GRIMES (SBN 302981)
PAIGE M. TOMASELLI (SBN 237737)
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: 310/747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

ELSNER LAW & POLICY, LLC
GRETCHEN ELSNER
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: 505/303-0980
gretchen@elsnerlaw.org

ROBBINS GELLER RUDMAN
& DOWD LLP
AELISH M. BAIG (201279)
TAEVA C. SHEFLER (291637)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

SARA SAFARI, et al., on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, et al.,

Defendants.

Case No. 8:22-CV-01562-JWH-KES

CLASS ACTION

PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL

DATE: May 6, 2025
TIME: 10:00 a.m.
JUDGE: Honorable John W. Holcomb
CTRM: 9d, Ninth Floor

Pursuant to the Local Rules – Central District of California ("L.R.") 79-5.2.2, and in accordance with the Stipulated Protective Order (ECF 44) ("Protective Order"), Plaintiffs Sara Safari and Peymon Khaghani ("Plaintiffs") respectfully submit this Application to file under seal and redact certain portions of Plaintiffs' Reply in Support of Plaintiffs' Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel and accompanying documents that have been classified as "Confidential." This Application is supported by the Declaration of Taeva C. Shefler (the "Shefler Declaration"). Plaintiffs have reviewed and complied with L.R. 79-5.2.2(a).

Plaintiffs must file the accompanying documents under seal because they reference or quote information that "shall be maintained under seal" pursuant to Defendants' or third parties' designation as CONFIDENTIAL under the Protective Order.

Pursuant to L.R. 79-5.2.2(a), the Shefler Declaration identifies the documents containing the purportedly CONFIDENTIAL information. The sealed documents will be submitted conditionally under seal with this Application. The sealed documents will be concurrently provided to the Court and served on counsel for Defendants.

DATED: April 4, 2025

ROBBINS GELLER RUDMAN
& DOWD LLP
AELISH M. BAIG (201279)
TAEVA C. SHEFLER (291637)

s/ Aelish M. Baig
AELISH M. BAIG

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com

GRIME LAW LLP
DYLAN D. GRIMES (SBN 302981)
PAIGE M. TOMASELLI (SBN 237737)
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: 310/747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

ELSNER LAW & POLICY, LLC
GRETCHEN ELSNER (*pro hac vice*)
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: 505/303-0980
gretchen@elsnerlaw.org

Attorneys for Plaintiffs