GRIME LAW LLP
DYLAN D. GRIMES (SBN 302981)
PAIGE M. TOMASELLI (SBN 237737)
730 Arizona Avenue
Santa Monica, CA 90401
Telephone: 310/747-5095
ptomaselli@grimelaw.com
dgrimes@grimelaw.com

ELSNER LAW & POLICY, LLC
GRETCHEN ELSNER
314 South Guadalupe Street, Suite 123
Santa Fe, NM 87501
Telephone: 505/303-0980
gretchen@elsnerlaw.org

ROBBINS GELLER RUDMAN
 & DOWD LLP
AELISH M. BAIG (201279)
TAEVA C. SHEFLER (291637)
ALEX N. JILIZIAN (362307)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com
ajilizian@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SARA SAFARI, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHOLE FOODS MARKET SERVICES, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No. 8:22-CV-01562-JWH-KES<br><br><u>CLASS ACTION</u><br><br>NOTICE OF DISCOVERY MOTION AND TELEPHONIC CONFERENCE<br><br>DATE: March 16, 2026<br>TIME: 9:30 a.m.<br>PLACE: Telephonic<br><br>The Honorable Karen E. Scott<br><br>Complaint Filed: August 23, 2022<br>Discovery Cutoff: Not set<br>Pretrial-Conference: Not set<br>Trial Date: Not set |

4919-7645-7875.v1

Plaintiffs Peymon Khaghani and Sara Safari give notice that The Honorable Karen E. Scott will hold an informal telephonic discovery conference on Monday, March 16, 2026, at 9:30 a.m. The Court's call-in number is 714-475-3442, and the access code is 97700274. Letter briefs are due to the Court on Friday, March 13, 2026, by 9:30 a.m.

The discovery at issue is:

1. Defendants' response to Plaintiffs' Request for Production No. 50, which seeks documents related to communications with the North American Meat Institute, National Cattlemen's Beef Association, and California Grocery Association, "regarding the presence of, or testing for, antibiotics in beef and the marketing and labeling of beef."

2. Defendants' responses to Plaintiffs' Interrogatory Nos. 13 and 14, which ask to identify individuals responsible for communicating with grocery industry groups, "regarding the presence of, or testing for, antibiotics in beef and the marketing and labeling of beef," (No. 13) and how those individuals store such communications (No. 14).

Consistent with Local Rule 37-1, the parties engaged in letter and email correspondence, as well as met and conferred telephonically regarding these issues several times. The most recent meet and confer occurred on November 21, 2025, with letters that followed on November 26, 2025, December 29, 2025, February 11, 2026, and February 20, 2026.

DATED: March 3, 2026

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG (201279)
TAEVA C. SHEFLER (291637)
ALEX N. JILIZIAN (362307)

s/ Taeva C. Shefler
TAEVA C. SHEFLER

- 1 -

4919-7645-7875.v1

|   |   |
|---|---|
| 1 | |
| 2 | Post Montgomery Center |
|   | One Montgomery Street, Suite 1800 |
| 3 | San Francisco, CA  94104 |
|   | Telephone:  415/288-4545 |
| 4 | 415/288-4534 (fax) |
|   | aelishb@rgrdlaw.com |
| 5 | tshefler@rgrdlaw.com |
|   | aiilizian@rgrdlaw.com |
| 6 | |
|   | GRIME LAW LLP |
| 7 | DYLAN D. GRIMES (SBN 302981) |
|   | PAIGE M. TOMASELLI (SBN 237737) |
| 8 | 730 Arizona Avenue |
|   | Santa Monica, CA  90401 |
| 9 | Telephone:  310/747-5095 |
|   | ptomaselli@grimelaw.com |
| 10 | dgrimes@grimelaw.com |
| 11 | ELSNER LAW & POLICY, LLC |
|   | GRETCHEN ELSNER (*pro hac vice*) |
| 12 | 314 South Guadalupe Street, Suite 123 |
|   | Santa Fe, NM  87501 |
| 13 | Telephone:  505/303-0980 |
|   | gretchen@elsnerlaw.org |
| 14 | Attorneys for Plaintiffs |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 2 -

4919-7645-7875.v1